IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FORT WORTH DIVISION
2008 OCT 17 PM 2:56
CLERK OF COURT

| | |
|---|---|
| AMERICAN AIRLINES, INC., § § Plaintiff, § § v. § § YAHOO! Inc., and OVERTURE § SERVICES, INC., d/b/a Yahoo Search § Marketing. § § Defendant. § | CIVIL ACTION NO.: 4-08CV-626-A |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Plaintiff American Airlines, Inc. ("Plaintiff") files this its Certificate of Interested Persons pursuant to Local Rules 7.4 and 3.1(f) and certifies that the following is a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities who or which are financially interested in the outcome of the above-styled and numbered action:

(1) American Airlines, Inc. - Plaintiff

(2) AMR Corporation

(3) American Eagle Inc.

(4) Yahoo! Inc

(5) Overture Services, Inc.

Respectfully submitted,

*[signature: Dee J. Kelly]*

Dee J. Kelly
State Bar No. 11217000
Dee J. Kelly, Jr.
State Bar No. 13220312
Lars L. Berg
State Bar No. 00787072
KELLY, HART & HALLMAN, P.C.
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

**ATTORNEYS FOR PLAINTIFF
AMERICAN AIRLINES, INC.**

## CERTIFICATE OF SERVICE

No appearance has been made by a lawyer representing Defendant; therefore, this Certificate of Interested Persons is being served with the Summons.

*[signature: Lars L. Berg]*

Lars L. Berg