AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

AMERICAN AIRLINES, INC. )
_____ )
Plaintiff )
v. ) Civil Action No. 4-08CV-626-A
YAHOO! INC. )
_____ )
Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Yahoo! Inc.
701 First Avenue
Sunnyvale, CA 94089

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Karen Mitchell
CLERK OF COURT

Date: OCT 1 ....
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

ISSUED



AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| AMERICAN AIRLINES, INC. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| OVERTURE SERVICES, INC. d/b/a | ) |
| Defendant | ) 4-08CV-626-A |
| YAHOO! SEARCH MARKETING | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Overture Services, Inc, d/b/a Yahoo! Search Marketing
74 North Pasadena Avenue, 3rd Floor
Pasadena, California 91103

A lawsuit has been filed against you.

Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Karen Mitchell
Name of clerk of court

Date: OCT 17 2008

**CLERK OF COURT**
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*