A

408cv626-A

AO 440 (Rev. 04/08) Civil Summons (Page 2)

ORIGINAL

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on 10/20/08, by:

(1) personally delivering a copy of each to the individual at this place, 350 N. St. Paul #2900 Dallas Texas ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: _____

Server's signature

Amy Ginn – Process Server
Printed name and title

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
OCT 2 3 2008
CLERK, U.S. DISTRICT COURT
By _____ Deputy

209 W 2nd #192 Ft TX
Server's address

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| AMERICAN AIRLINES, INC. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. **4-08CV-626-A** |
| YAHOO! INC. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
    Yahoo! Inc.
    701 First Avenue
    Sunnyvale, CA 94089

A lawsuit has been filed against you.

    Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Karen Mitchell
Name of clerk of court

**CLERK OF COURT**

Date: OCT 1 7 2008

Deputy clerk's signature

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).*)