ORIGINAL

4:08-CV-626-A

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on October 24, 08, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify): By Mailing Certified mail return receipt # 7007 0710 0002 7016 9737

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: 10/30/08

Server's signature #1754
Amy Coin
Printed name and title

209 W.
Server's address

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| OVERTURE SERVICES, INC. d/b/a | ) | |
| Defendant | ) | 4-08CV-626-A |
| YAHOO! SEARCH MARKETING | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   Overture Services, Inc, d/b/a Yahoo! Search Marketing
   74 North Pasadena Avenue, 3rd Floor
   Pasadena, California 91103

A lawsuit has been filed against you.

   Within ___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                Karen Mitchell
                                                Name of clerk of court

Date:  OCT 17 2008                              CLERK OF COURT
                                                Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*