ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____FORT WORTH_____ DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2008 NOV 20 PM 3:10

CLERK OF COURT

__AMERICAN AIRLINES, INC.__, §
§
**Plaintiff** §
§ __4-08-cv-626-A__
v. § **Case Number**
§
__YAHOO, INC., etc., et al.__, §
§
**Defendant**

### APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

I. Applicant is an attorney and a member of the law firm of (or practices under the name of)
____Morrison & Foerster LLP____, with offices at _____425 Market Street_____,
(Street Address)

____San Francisco____, ____CA____, ____94105____, ____(415) 268-7455____.
(City)           (State)        (Zip Code)       (Telephone No.)

II. Applicant will sign all pleadings with the name _____Michael A. Jacobs_____.

III. Applicant has been retained personally or as a member of the above-named firm by

YAHOO!, INC. and OVERTURE SERVICES, INC., d/b/a YAHOO! SEARCH MARKETING

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court, for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of
____California____, where Applicant regularly practices law.
Bar license number: ____111664____ Admission date: ____December 12, 1983____.

V. Applicant has also been admitted to practice before the following courts:

Court:                      Admission Date:              Active or Inactive:
____See attached____        _____             _____
_____            _____             _____
_____            _____             _____
_____            _____             _____

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application          Case No. And Style

_____       _____

_____       _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is _____David F. Chappell_____
who has offices at _____Cantey Hanger Plaza, 600 West Sixth Street, Suite 300, Fort Worth, TX 76102-3685_____,
(Address)
_____(817) 877-2843_____.
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

XII.  Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this ___19th___ day of _____November_____, 20__08__.

                                                Michael A. Jacobs

                                                Printed Name of Applicant

                                                Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this __20th__ day of __November__, __2008__.

                                                David F. Chappell

                                                Printed Name of Applicant

                                                Signature

---

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐    the application be granted.  The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐    the application be denied.  The Clerk of Court shall return the admission fee to the Applicant.

_____          _____
DATE                                                      JUDICIAL OFFICER

| | |
|---|---|
| The State Bar of California (No. 111664) | December 12, 1983 |
| USDC, Northern District of California | December 12, 1983 |
| USDC, Southern District of California | October 9, 1991 |
| USDC, Central District of California | January 7, 1993 |
| USDC, District of Connecticut (No. CT18510) | January 21, 1998 |
| USDC, Eastern District of Texas | July 23, 2008 |
| U.S. Court of Appeals, 2nd Circuit | May 17, 2001 |
| U.S. Court of Appeals, Fourth Circuit | December 5, 1988 |
| U.S. Court of Appeals, Ninth Circuit | March 11, 1991 |
| U.S. Supreme Court | September 10, 1993 |
| U.S. Court of Appeals for the Federal Circuit (No. 27833) | March 11, 1992 |