ORIGINAL Rept FW-7394

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2008 NOV 21 AM 11: 37

CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
_____ FORT WORTH _____ DIVISION

| | |
|---|---|
| _____ American Airlines, Inc. _____ , | § |
| **Plaintiff** | § |
| | § |
| v. | § |
| | § |
| _____ Yahoo!, Inc. et al _____ , | § |
| **Defendant** | § |

04-08-CV-626-A
**Case Number**

## APPLICATION AND ORDER FOR ADMISSION _PRO HAC VICE_

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

_Gibson, Dunn & Crutcher LLP_ , with offices at _____ One Montgomery Street, Suite 3100 _____ ,
                                                              (Street Address)

_____ San Francisco _____ , _____ CA _____ , _____ 94104 _____ , _____ (415) 393-8204 _____ .
(City)                           (State)          (Zip Code)       (Telephone No.)

**II.**    Applicant will sign all pleadings with the name _____ Frederick Brown _____ .

**III.**    Applicant has been retained personally or as a member of the above-named firm by

American Airlines, Inc.

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United

States District Court; for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

_____ California _____ , where Applicant regularly practices law.

Bar license number:_____ 65316 _____    Admission date:_____ December 18, 1975 _____ .

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Court of Appeals, Fed Cir | April 25, 1990 | Active |
| US Court of Appeals, 9th Cir | December 1985 | Active |
| CA USDC Northern District | December 18, 1975 | Active |
| GA USDC Northern District | January 5, 1979 | Inactive |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

None

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

None

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

None

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

| Date of Application | Case No. And Style |
|---|---|
| February 7, 2008 | 04-07-CV-487 American Airlines, Inc. v. Google, Inc. |
| | |

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is _____ Lars L. Berg _____

who has offices at _____ Kelly, Hart & Hallman LLP, 201 Main Street, Suite 2500, Fort Worth, TX 76102 _____,
                (Address)
_____ (817) 878-3524 _____ .
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑      Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐      Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this ____11____ day of __November__, 20_08_ .

Frederick Brown
_____
Printed Name of Applicant

*7k*
_____
Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this ___21st___ day of __November__ , __2008__ .

LARS L. BERG
_____
Printed Name of ~~Applicant~~ SERVING ATTORNEY

*Lars L. Berg*
_____
Signature

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐    the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐    the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

_____          _____
DATE                                     JUDICIAL OFFICER