

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., § <br> § <br> Plaintiff, § <br> § <br> VS. § <br> § <br> YAHOO!, INC., ET AL., § <br> § <br> Defendants. § | NO. 4:08-CV-626-A |

### ORDER

Came on for consideration the application of Michael A. Jacobs ("Jacobs") for admission <u>pro hac vice</u> in the above-captioned matter. The court finds that the application should be granted. Therefore,

The court ORDERS that the application of Jacobs for admission <u>pro hac vice</u> be, and is hereby, granted and that Jacobs be, and is hereby, granted leave to appear <u>pro hac vice</u>, along with local counsel, on behalf of defendants, Yahoo!, Inc., and Overture Services, Inc., d/b/a Yahoo! Search Marketing. The court directs the clerk of the court to deposit the application fee into the account of the Non-Appropriated Fund of this court.

SIGNED November 21, 2008.

JOHN McBRYDE
United States District Judge