American Airlines, Inc. v. Yahoo! Inc. et al — Doc. 12



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., <br><br> Plaintiff, <br><br> VS. <br><br> YAHOO!, INC., ET AL., <br><br> Defendants. | § § § § § § § § § NO. 4:08-CV-626-A |

### ORDER

Came on for consideration the application of Lynn M. Humphreys ("Humphreys") for admission <u>pro hac vice</u> in the above-captioned matter. The court finds that the application should be granted. Therefore,

The court ORDERS that the application of Humphreys for admission <u>pro hac vice</u> be, and is hereby, granted and that Humphreys be, and is hereby, granted leave to appear <u>pro hac vice</u>, along with local counsel, on behalf of defendants, Yahoo!, Inc., and Overture Services, Inc., d/b/a Yahoo! Search Marketing. The court directs the clerk of the court to deposit the application fee into the account of the Non-Appropriated Fund of this court.

SIGNED November 21, 2008.

_____
JOHN McBRYDE
United States District Judge

Dockets.Justia.com