IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 21 2008

CLERK, U.S. DISTRICT COURT
By _____
                Deputy

| | |
|---|---|
| AMERICAN AIRLINES, INC., | § |
| Plaintiff, | § |
| VS. | § NO. 4:08-CV-626-A |
| YAHOO!, INC., ET AL., | § |
| Defendants. | § |

ORDER

Came on for consideration the application of Jason Stavers ("Stavers") for admission <u>pro hac vice</u> in the above-captioned matter. The court finds that the application should be granted. Therefore,

The court ORDERS that the application of Stavers for admission <u>pro hac vice</u> be, and is hereby, granted and that Stavers be, and is hereby, granted leave to appear <u>pro hac vice</u>, along with local counsel, on behalf of plaintiff, American Airlines, Inc. The court directs the clerk of the court to deposit the application fee into the account of the Non-Appropriated Fund of this court.

SIGNED November 21, 2008.

_____
JOHN McBRYDE
United States District Judge