FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2008 NOV 24  AM 11:18

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., § <br> § <br> Plaintiff, § <br> § <br> V. § <br> § Civil Action No. 4-08-CV-626-A <br> § <br> YAHOO! INC., and § <br> OVERTURE SERVICES, INC. d/b/a YAHOO! § <br> SEARCH MARKETING, § <br> § <br> Defendants. § | |

## APPENDIX IN SUPPORT OF
## YAHOO! INC. AND OVERTURE SERVICES, INC.'S MOTION TO TRANSFER

| EXHIBIT | DOCUMENT | PAGE |
|---|---|---|
| A | Declaration of Jim Weiss | 03 |
| B | Sponsored Search & Content Match Insertion Order | 06 |
| C | Delaware Secretary of State Certificate reflecting merger of Overture Services, Inc. into Yahoo! Inc. | 07 |
| D | Insertion Order Terms and Conditions, in effect as of December 19, 2007 | 11 |
| E | Insertion Order Terms and Conditions, current | 19 |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true copy of the foregoing document has been served on counsel of record as follows:

| | |
|---|---|
| Dee J. Kelly<br>Dee J. Kelly, Jr.<br>Lars L. Berg<br>Kelly Hart & Hallman, LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102 | *Via Hand Delivery* |
| Frederick Brown<br>George A. Nicoud III<br>Jason Stavers<br>Gibson, Dunn & Crutcher LLP<br>One Montgomery Street, Suite 3100<br>San Francisco, CA 94104 | *Via CMRRR #7005 0390 0004 7468 5325* |
| Howard S. Hogan<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036 | *Via CMRRR # 7005 0390 0004 7468 5332* |

Date: November 24, 2008

David F. Chappell