IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2008 NOV 24 AM 11: 18

CLERK OF COURT

| | |
|---|---|
| AMERICAN AIRLINES, INC., § <br> § <br> Plaintiff, § <br> § <br> V. § <br> § Civil Action No. 4-08-CV-626-A <br> YAHOO! INC., and § <br> OVERTURE SERVICES, INC. d/b/a § <br> YAHOO! SEARCH MARKETING, § <br> § <br> Defendants. § | |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE STATEMENT

Defendants Yahoo! Inc. and Overture Services, Inc. ("Defendants") file this Certificate of Interested Persons and Disclosure Statement and would show as follows:

### Certificate of Interested Persons

Pursuant to Local Rule 7.4, Defendants concur in the accuracy of Plaintiff American Airlines, Inc.'s Certificate of Interested Persons, except Defendants would add that the entity known as "Overture Services, Inc." has been merged into and succeeded by Defendant Yahoo! Inc. and no longer exists as an independent person or entity.

### Disclosure Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Yahoo! Inc. further certifies that it has no parent corporation. Based on the most recent disclosures to which it has access, Yahoo! represents that Capital Research Global Investors and/or Capital World Investors may own ten percent or more of Yahoo!'s stock.

Dated: November 24, 2008

Respectfully submitted,

*David F. Chappell* (signature)

David F. Chappell
Texas State Bar No. 04141000
Scott A. Fredricks
Texas State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
Telephone: (817) 877-2800
Fax: (817) 877-2807
dchappell@canteyhanger.com
sfredricks@canteyhanger.com

Attorneys for Defendants YAHOO! INC.
and OVERTURE SERVICES, INC.
d/b/a YAHOO! SEARCH
MARKETING

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true copy of the foregoing document has been served on counsel of record as follows:

Dee J. Kelly  *Via Hand Delivery*
Dee J. Kelly, Jr.
Lars L. Berg
Kelly Hart & Hallman, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Frederick Brown  *Via CMRRR # 7005 0390 0004 7468 5325*
George A. Nicoud III
Jason Stavers
Gibson, Dunn & Crutcher LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104

Howard S. Hogan  *Via CMRRR # 7005 0390 0004 7468 5332*
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Date: November 24, 2008

*[signature]*
David F. Chappell