American Airlines, Inc. v. Yahoo! Inc. et al                                                                    Doc. 19



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2008 DEC -1 PM 3: 38

CLERK OF COURT

| | |
|---|---|
| AMERICAN AIRLINES, INC., <br><br> Plaintiff, <br><br> V. <br><br> YAHOO! INC., and <br> OVERTURE SERVICES, INC. d/b/a <br> YAHOO! SEARCH MARKETING, <br><br> Defendants. | § § § § § § § § § § § § § § Civil Action No. 4-08-CV-626-A |

# DEFENDANTS' AMENDED CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE STATEMENT

Defendants Yahoo! Inc. and Overture Services, Inc. ("Defendants") file this Amended Certificate of Interested Persons and Disclosure Statement and would show as follows:

### Certificate of Interested Persons

Pursuant to Local Rule 7.4, Defendants concur in the accuracy of Plaintiff American Airlines, Inc.'s Certificate of Interested Persons, except that Yahoo! represents that Capital Research Global Investors and/or Capital World Investors — both privately held entities — may own ten percent or more of Yahoo!'s stock. Defendants would add that the entity known as "Overture Services, Inc." has been merged into and succeeded by Defendant Yahoo! Inc. and no longer exists as an independent person or entity.

## Disclosure Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Yahoo! Inc. further certifies that it has no parent corporation and that no publicly traded entity owns ten percent or more of Yahoo!'s stock.

Respectfully submitted,

*/s/ Scott Fredricks*

David F. Chappell
State Bar No. 04141000
Scott A. Fredricks
State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
Telephone: (817) 877-2800
Fax: (817) 877-2807
dchappell@canteyhanger.com
sfredricks@canteyhanger.com

Michael A. Jacobs
Lynn M. Humphreys
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Phone: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Defendants YAHOO! INC. and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true copy of the foregoing document has been served this 1st day of December 2008 on counsel of record as follows:

Dee J. Kelly  *Via First Class Mail*
Dee J. Kelly, Jr.
Lars L. Berg
Kelly Hart & Hallman, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Frederick Brown  *Via First Class Mail*
George A. Nicoud III
Jason Stavers
Gibson, Dunn & Crutcher LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104

Howard S. Hogan  *Via First Class Mail*
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Scott A. Fredricks