American Airlines, Inc. v. Yahoo! Inc. et al                                                                    Doc. 20




IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,

    Plaintiff,

-v.-

YAHOO! INC., and OVERTURE SERVICES, INC.
d/b/a YAHOO! SEARCH MARKETING,

    Defendants.

No. 4-08-8CV-626-A

## AGREED JOINT MOTION TO EXTEND DEADLINES

Plaintiff, American Airlines, Inc. ("American"), and defendants, Yahoo! Inc., and Overture Services, Inc. d/b/a Yahoo! Search Marketing (collectively "Yahoo!"), respectfully ask the Court to extend by the briefing deadlines relative to the motion to transfer venue filed by Yahoo! on November 24, 2008.

American's response to Yahoo!'s motion to transfer venue is currently due on December 15, 2008. Yahoo! has agreed to allow American a one-week extension to file its response to that motion. Accordingly, American respectfully asks the Court to extend its deadline to respond to the motion to transfer venue to December 22, 2008.

With the extension to respond, Yahoo!'s reply brief would be due on January 6, 2009. American has agreed to allow Yahoo! a three-day extension to file a reply. Accordingly, Yahoo! respectfully asks the Court to extend its deadline to reply to American's response to January 9, 2008.

---

AGREED MOTION EXTENDING DEADLINE                                                              PAGE 1
Agreed Motion Extending Deadlines (2)

Dockets.Justia.com

Respectfully submitted,

*[signature]*
Dee J. Kelly
State Bar No. 11217000
Dee J. Kelly, Jr.
State Bar No. 11217250
Lars L. Berg
State Bar No. 00787072
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500 - phone
(817) 878-9280 - fax

Frederick Brown (admitted *pro hac vice*)
George A. Nicoud III
State Bar No. 15017875
Jason Stavers (admitted *pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
(415) 393-8204 – phone
(415) 374-8420 – fax

Howard S. Hogan (admitted *pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 887-3640 – phone
(202) 530-9550 – fax

**ATTORNEYS FOR PLAINTIFF**

*[signature]*
David F. Chappell
State Bar No. 04141000
Scott A. Fredricks
State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
(817) 877-2800 – phone
(817) 877-2807 – fax

Michael A. Jacobs (admitted *pro hac vice*)
Lynn M. Humphreys (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 - phone
(415) 268-7522 - fax

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

Counsel for American and counsel for Yahoo! have conferred with one another regarding the relief sought in this motion and agreed to the relief sought.

Lars L. Berg

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Defendants' counsel, via fax, on the 9th day of December, 2008:

David F. Chappell
Scott A. Fredricks
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102

Michael A. Jacobs
Lynn M. Humphreys
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482

Lars L. Berg