IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
       FILED
    DEC 11 2008
CLERK, U.S. DISTRICT COURT
By _____
         Deputy
```

AMERICAN AIRLINES, INC.,

        Plaintiff,

-v.-

YAHOO! INC., and OVERTURE SERVICES, INC.
d/b/a YAHOO! SEARCH MARKETING,

        Defendants.

No. 4-08-8CV-626-A

## AGREED ORDER

Came on to be considered in the above-styled and numbered action the Agreed Joint Motion to Extend Deadlines. The court finds that such motion should be granted. Therefore,

The court orders that the briefing deadlines relative to the motion to transfer venue filed on November 24, 2008 be, and are hereby, extended to the following dates:

The response, if any, of plaintiff, American Airlines, Inc., must be filed by December 22, 2008.

The reply, if any, of defendants, Yahoo! Inc., and Overture Services, Inc. d/b/a Yahoo! Search Marketing, must be file by January 9, 2009.

Signed 12/11/08.

_____
John McBryde
United States District Judge

AGREED ORDER                                                             Page 1

Agreed Order on Agreed Motion Extending Deadlines (2)

AGREED:

*/s/ Dee J. Kelly*
Dee J. Kelly
State Bar No. 11217000
Dee J. Kelly, Jr.
State Bar No. 11217250
Lars L. Berg
State Bar No. 00787072
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500 - phone
(817) 878-9280 - fax

Frederick Brown (admitted *pro hac vice*)
George A. Nicoud III
State Bar No. 15017875
Jason Stavers (admitted *pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
(415) 393-8204 – phone
(415) 374-8420 – fax

Howard S. Hogan (admitted *pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 887-3640 – phone
(202) 530-9550 – fax

**ATTORNEYS FOR PLAINTIFF**

*/s/ David F. Chappell*
David F. Chappell
State Bar No. 04141000
Scott A. Fredricks
State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
(817) 877-2800 – phone
(817) 877-2807 – fax

Michael A. Jacobs (admitted *pro hac vice*)
Lynn M. Humphreys (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 - phone
(415) 268-7522 - fax

**ATTORNEYS FOR DEFENDANTS**

AGREED ORDER Page 2
Agreed Order on Agreed Motion Extending Deadlines (2)