American Airlines, Inc. v. Yahoo! Inc. et al                                              Doc. 25



IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2008 DEC 23 PM 3: 21

CLERK OF COURT

AMERICAN AIRLINES, INC.,

    Plaintiff,

v.

YAHOO!, INC. ET AL.,

    Defendant.

CIVIL ACTION NO. 04-08-CV-626-A

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that, as of December 15, 2008, Frederick Brown and Jason Stavers, attorneys for plaintiff American Airlines, Inc., have changed their address. The new address is as follows:

    Gibson, Dunn & Crutcher LLP
    555 Mission Street, Suite 3000
    San Francisco, CA 94105-2933
    (415) 393-8200 (Telephone)
    (415) 393-8306 (Facsimile)

Respectfully submitted,

Dee J. Kelly
State Bar No. 11217000
Dee J. Kelly, Jr.
State Bar No. 11217250
Lars L. Berg
State Bar No. 00787072
KELLY, HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Facsimile: (817) 878-9280

ATTORNEYS FOR PLAINTIFF
AMERICAN AIRLINES, INC.

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Defendants' counsel, via fax, on the 23rd day of December, 2008:

David F. Chappell
Scott A. Fredricks
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102

Michael A. Jacobs
Lynn M. Humphreys
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482

Lars L. Berg