IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC., §
§
    Plaintiff, §
§
V. §
§ Civil Action No. 4-08-CV-626-A
§
YAHOO! INC., and §
OVERTURE SERVICES, INC. d/b/a YAHOO! §
SEARCH MARKETING, §
§
    Defendants. §

**REPLY APPENDIX IN SUPPORT OF
YAHOO! INC. AND OVERTURE SERVICES, INC.'S MOTION TO TRANSFER**

| EXHIBIT | DOCUMENT | PAGE |
|---------|----------|------|
| F | Reply Declaration of Jim Weiss | 35 |
| G | 2009 Sponsored Search & Content Match Insertion Order | 37 |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true copy of the foregoing document has been served on counsel of record as follows:

  Dee J. Kelly           *Via Hand Delivery*
  Dee J. Kelly, Jr.
  Lars L. Berg
  Kelly Hart & Hallman, LLP
  201 Main Street, Suite 2500
  Fort Worth, TX 76102

  Frederick Brown         *Via CMRRR #*
  George A. Nicoud III
  Jason Stavers
  Gibson, Dunn & Crutcher LLP
  One Montgomery Street, Suite 3100
  San Francisco, CA 94104

  Howard S. Hogan         *Via CMRRR #*
  Gibson, Dunn & Crutcher LLP
  1050 Connecticut Avenue, N.W.
  Washington, DC 20036

Date: January 9, 2009

                 _/s/ David F. Chappell_
                 David F. Chappell

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| Plaintiff, | § | |
| V. | § | Civil Action No. 4-08-CV-626-A |
| YAHOO! INC., and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING, | § | |
| Defendants. | § | |

## REPLY DECLARATION OF JIM WEISS IN SUPPORT OF YAHOO! INC. AND OVERTURE SERVICES, INC.'S MOTION TO TRANSFER

I, Jim Weiss, declare as follows:

1. I am a Vice President of Business Affairs and Associate General Counsel for Yahoo! Inc. In this capacity, I have primary responsibility for all contracts between Yahoo! and/or Overture Services, Inc., on the one hand, and its or their advertisers, on the other hand. I submit this declaration in support of Yahoo! Inc.'s Motion to Transfer. The statements made herein are based on my personal knowledge.

2. As indicated in the Sponsored Search and Content Match Insertion Order attached to my November 19, 2008 Declaration as Exhibit B (Appendix at 6), American Airlines, acting through its agent Reprise Media, authorized the purchase of up to $2 million in Yahoo! Sponsored Search advertising services in 2008. In fact, American Airlines purchased, and Yahoo! delivered approximately $1.9 million in Sponsored Search advertising services during the period January - November 2008.

3. During the pendency of Yahoo!'s Motion to Transfer, Reprise executed another Sponsored Search and Content Match Insertion Order ("2009 Insertion Order") on behalf of American Airlines. A true and correction copy of the 2009 Insertion Order is included in the Appendix to Yahoo!'s motion at Exhibit G, Appendix page 37-38.

4. The 2009 Insertion Order expressly incorporates the Terms and Conditions I addressed in my November 19, 2008 Declaration. Those Terms and Conditions are included in the Appendix to Yahoo!'s Motion at Exhibit D, pages 11-18.

5. Pursuant to the 2009 Insertion Order and its incorporated Terms and Conditions, Yahoo! continues to provide Sponsored Search advertising services to American Airlines. For example, as of the date of this Declaration, if a user searches the Internet with Yahoo! for the term "aa cheap fares," an advertisement for American Airlines may be displayed in the "Sponsor Results" portions of Yahoo!'s search webpages.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on this 8th day of January, 2009 in Burbank, California.

_____
Jim Weiss


# reprisemedia

55 Fifth Avenue, 16th Floor | New York, NY 10003 | p: 212.444.7474 | f:212.444.7387

## fax transmission

| | |
|---|---|
| **TO:** Yahoo Finance, Keith Slusser | **FROM:** Alex Staunton |
| **COMPANY:** Yahoo Inc | **DATE:** 12/17/2008 |
| **FAX NUMBER:** (818) 524-5556 | **TOTAL NO. OF PAGES INCLUDING COVER:** 2 |
| **PHONE NUMBER:** (212) 444-7460 | **RE:** AA.com (4022911540) |

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

## notes/comments:

Attached find the IO for the AA.com Account (4022911540)

Please advise when this goes through.

Thanks!
Alex

**reprise**media

Alex Staunton
Media Analyst
P: 212.444.7460
F: 212.444.7383

<u>2006 Agency of the Year: Best Search</u>

http://www.reprisemedia.com                http://www.searchviews.com

Exhibit G, Appendix Page 37

YAHOO! SEARCH MARKETING

Yahoo! Search Marketing
3333 Empire Avenue
Burbank, CA 91504

# SPONSORED SEARCH & CONTENT MATCH® INSERTION ORDER

This Insertion Order is subject to the terms and conditions set forth at http://info.yahoo.com/legal/us/yahoo/advertising/masterterms/masterterms-322.html.
This Insertion Order is not valid until signed by you, and Yahoo! Search Marketing makes your ads available on the Distribution Network.

**Agency/Reseller Ref. No.** _____

**Agency's/Reseller's Client Name** _____

## Contact Information

| Company Name | Reprise Media - AA.com |
|---|---|
| | Advertiser or Agency/Reseller (as applicable) |
| Contact Name | Alex Staunton |
| Title | Media Analyst |
| Street Address | 55 5th Ave, 16th Floor |
| City/State/Zip/Country | New York, NY 10003 |
| Phone | 212.444.7460 Ext ___ |
| Fax | 212.444.7383 |
| Email | astaunton@reprisemedia.com |

## Billing Information

[X] Check here if Billing Information is same as Contact Information

| Billing Contact | |
|---|---|
| Billing Company | |
| Street Address | |
| City/State/Zip/Country | |
| Phone | ___ Ext ___ |
| Fax | |
| Email | |

## Campaign Information

( ) New Account   (●) Change/Renewal

| Start Date | January | 01 | 2009 |
|---|---|---|---|
| End Date | December | 31 | 2009 |
| Account ID | 4022911540 | | |
| Account Name | AA.com | | |

( ) No Cap[1]

( ) Monthly Spend Cap(s) $ _____

(●) Total Spend Cap $ 2,500,000

[1] Subject to Advertiser or Agency/Reseller (as applicable) credit limit.

## SIGNATURE

The Advertiser or Agency/Reseller set forth above has read and agrees to the terms and conditions set forth herein and at the URL listed above. The person signing below represents and warrants that he/she is duly authorized to execute this Insertion Order for and on behalf of the Advertiser or Agency/Reseller set forth above.

Upon signing, please fax back to (818) 524-5556.

| Advertiser or Agency/Reseller (as applicable) Signature | *[signed] Alex Staunton* |
|---|---|
| Print Name | Alex Staunton |
| Title | Media Analyst |
| Date | 12/17/08 |

## Yahoo! Sales Contact Information

| Account Manager | Keith Slusser | | Account Executive | Veronica Gutierrez |
|---|---|---|---|---|
| Phone | 212-381-6829 | | Phone | 212-381-6994 |
| Email | kslusser@yahoo-inc.com | | Email | vg@yahoo-inc.com |

DO NOT WRITE BELOW THIS LINE - YAHOO! SEARCH MARKETING INTERNAL USE ONLY

| Finance Approval | _____ | Approved Credit Limit $ _____ |
|---|---|---|
| Credit Line Move From Acct # _____ | $ _____ | Existing Credit Line $ _____ |
| Date | _____ | Credit Terms _____ |

©, ™ & © 2007 YAHOO! INC. CONFIDENTIAL. Version 6.3