FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2009 JAN 30 PM 1: 56

CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4-08-CV-626-A |
| YAHOO! INC. and | § | |
| OVERTURE SERVICES, INC. d/b/a YAHOO! | § | |
| SEARCH MARKETING, | § | |
| | § | |
| Defendants. | § | |

## UNOPPOSED MOTION TO EXTEND DEADLINE

Defendants, Yahoo! Inc., and Overture Services, Inc., d/b/a Yahoo! Search Marketing (collectively "Yahoo!") respectfully ask the Court to grant a one week extension of time for Yahoo! to file an answer to Plaintiff American Airlines Inc.'s ("American") complaint in this action.

Yahoo!'s answer to American's complaint is currently due Monday, February 2, 2009. American does not oppose a one-week extension of time for Yahoo! to file its answer. Accordingly, Yahoo! respectfully asks the Court to extend its deadline to file an answer to Monday, February 9, 2009.

Dockets.Justia.com

Respectfully submitted,

David F. Chappell
Texas State Bar No. 04141000
Scott A. Fredricks
Texas State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
Telephone: (817) 877-2800
Fax: (817) 877-2807

Michael A. Jacobs (*pro hac vice*)
Lynn M. Humphreys (*pro hac vice*)
David E. Melaugh (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Defendants YAHOO!
INC. and OVERTURE SERVICES,
INC. d/b/a YAHOO! SEARCH
MARKETING

## CERTIFICATE OF CONFERENCE

Counsel for Yahoo! and counsel for American have conferred with one another regarding the relief sought in this motion. American is not opposed to the relief sought.

_David F. Chappell_
David F. Chappell


## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Defendants' counsel, via fax, on the 30th day of January 2009:

Dee J. Kelly                          *Via facsimile*
Dee J. Kelly, Jr.
Lars L. Berg
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Frederick Brown                       *Via facsimile*
George A. Nicoud III
Jason Stavers
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104

Howard S. Hogan                       *Via facsimile*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

_David F. Chappell_
David F. Chappell