American Airlines, Inc. v. Yahoo! Inc. et al

Doc. 34

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | Civil Action No. 4-08-CV-626-A |
| YAHOO! INC. and | § | |
| OVERTURE SERVICES, INC. d/b/a YAHOO! | § | |
| SEARCH MARKETING, | § | |
| | § | |
| Defendants. | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 30 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## AGREED ORDER

Came on to be considered in the above-styled and numbered action the Unopposed Motion to Extend Deadline. The Court finds that such motion should be granted. Therefore:

The Court Orders that Defendants, Yahoo! Inc., and Overture Services, Inc., d/b/a Yahoo! Search Marketing shall have until Monday, February 9, 2009 to file an answer to the complaint of American Airlines, Inc.

SIGNED the **30** day of **January** 2009.

_____
John McBryde
United States District Judge

Dockets.Justia.com

**AGREED:**

_/s/ Dee J. Kelly_
Dee J. Kelly
State Bar No. 11217000
Dee J. Kelly, Jr.
State Bar No. 11217250
Lars L. Berg
State Bar No. 00787072
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500 – phone
(817) 878-9280 – fax

Frederick Brown (*pro hac vice*)
George A. Nicoud III
State Bar No. 15017875
Jason Stevers (*pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
(415) 393-8204 – phone
(415) 374-8420 – fax

Howard S. Hogan (*pro hac vice*)
Gibson Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 887-3640 – phone
(202) 530-9550 – fax

**ATTORNEYS FOR PLAINTIFF**

_/s/ David J. Chappell_
David F. Chappell
State Bar No. 04141000
Scott A. Fredricks
State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
(817) 877-2800 – phone
(817) 877-2807 – fax

Michael A. Jacobs (*pro hac vice*)
Lynn M. Humphreys (*pro hac vice*)
David E. Melaugh (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 – phone
(415) 268-7522 – fax

**ATTORNEYS FOR DEFENDANTS**