IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

APR 22 2009

CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| Plaintiff, | § | |
| VS. | § | NO. 4:08-CV-626-A |
| YAHOO!, INC., ET AL., | § | |
| Defendants. | § | |

ORDER

Came on for consideration the application of Daniel P. Muino ("Muino") for admission pro hac vice in the above-captioned matter. The court finds that the application should be granted. Therefore,

The court ORDERS that the application of Muino for admission pro hac vice be, and is hereby, granted and that Muino be, and is hereby, granted leave to appear pro hac vice, along with local counsel, on behalf of defendants, Yahoo!, Inc. and Overture Services, Inc., d/b/a Yahoo! Search Marketing. The court directs the clerk of the court to deposit the application fee into the account of the Non-Appropriated Fund of this court.

SIGNED April 22, 2009.

_____
JOHN McBRYDE
United States District Judge