IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 14 2009
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| AMERICAN AIRLINES, INC., | § |
| Plaintiff, | § |
| VS. | § NO. 4:08-CV-626-A |
| YAHOO! INC., ET AL., | § |
| Defendants, | § |

O R D E R

Came on for consideration the motion of plaintiff, American Airlines, Inc., to compel discovery. The court, having considered the motion, has determined that another face-to-face meeting by the parties through their respective counsel will likely resolve most of the disputes raised in plaintiff's motion. Therefore,

Defendants should file an expedited response to (1) plaintiff's request for additional interrogatories and depositions to be taken at defendants' cost, and (2) plaintiff's request requiring human review of responsive information. Such response should be filed no later than 4:00 p.m. on July 17, 2009.

As to the remaining relief requested by plaintiff's motion, the court will hold the motion in abeyance to allow the parties one final opportunity to settle their discovery disputes. The parties, through their respective counsel, shall meet face-to-face for that purpose by 10:00 a.m. on July 17, 2009. Thereafter, plaintiff shall be allowed to withdraw any discovery

requests it has concluded are inappropriate by delivery of a written notice of such withdrawal on defendants and the court by 4:00 p.m. on July 17, 2009. Defendants shall supplement their document production, admissions responses, and interrogatory responses in response to plaintiff's discovery requests by delivering same to plaintiff, through its attorney, by 10:00 a.m. on July 24, 2009. Thereafter, plaintiff may reurge its motion to compel, in whole or in part, by delivering notice to defendants and the court no later than 4:00 p.m. on July 27, 2009. If the court finds that defendants have wholly or partially failed to respond to any discovery request and do not have a legitimate basis for failing or refusing to answer or provide documents, the court will order such sanctions as are appropriate. If the court finds that defendants have meritorious objections to plaintiff's discovery requests, the court will sanction plaintiff as appropriate for failing to withdraw such objectionable requests.

THE COURT SO ORDERS.

SIGNED July 14, 2009.

_____
JOHN McBRYDE
United States District Judge