

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS FORT WORTH DIVISION**

| | |
|---|---|
| AMERICAN AIRLINES, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> YAHOO! INC. and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING, <br><br> Defendants. | No. 4:08-CV-6\26-A |

## PLAINTIFF'S REPORT IN RESPONSE TO THE COURT'S JULY 14, 2009 ORDER

Pursuant to the requirements of the Court's July 14, 2009 order, plaintiff, American Airlines, Inc. ("American"), provides the following report:

1. On July 16, 2009 the following people participated in a face-to-face meeting to settle the current discovery disputes:

   For American

   Fred Brown (lead counsel)
   Dee Kelly, Jr. (co-counsel)
   Lars Berg (co-counsel)
   Scott Wiehle (co-counsel)
   Don Broadfield (client representative)

Dockets.Justia.com

For Yahoo[1]

Michael Jacobs (lead counsel)
Anthony Rodriguez (co-counsel)
Daniel Muino (co-counsel)
Scott Fredricks (co-counsel)
David Chappell (co-counsel)
Laura Covington (client representative)

Additionally, Howard Hogan (co-counsel for American) participated in the meeting by phone. The meeting lasted approximately seven hours.

2. Relative to American's request for additional interrogatories and depositions to be taken at Yahoo's cost, the parties agreed that American will be permitted to (a) take an additional five depositions, with the costs for the court reporter and videographer to be paid by Yahoo, and (b) ask an additional fifteen interrogatories. These depositions and interrogatories will be focused on Yahoo's document retention or destruction.

3. American withdraws request for production number 46. Additionally, American agreed to limit the scope of many of the other requests for production that were the subject of its motion to compel. American is currently preparing a letter to Yahoo memorializing the specifics of that agreement.

---

[1] Defendants are Yahoo! Inc. and Overture Services, Inc. d/b/a Yahoo! Search Marketing (collectively "Yahoo").

Dated: July 17, 2009

Respectfully submitted,

*[signature]*

Dee J. Kelly (State Bar No. 11217000)
Dee J. Kelly, Jr. (State Bar No. 11217250)
Lars L. Berg (State Bar No. 00787072)
Scott R. Wiehle (State Bar No. 24043991)
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Phone: (817) 332-2500
Fax: (817) 878-9280

*Attorneys for Plaintiff American Airlines, Inc.*

Of Counsel:

Howard S. Hogan (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 467-0539

Frederick Brown (admitted *pro hac vice*)
Jason B. Stavers (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Phone: (415) 393-8200
Fax: (415) 393-8306

PLAINTIFF'S REPORT IN RESPONSE TO THE COURT'S JULY 14, 2009 ORDER        PAGE 3
1062339_1

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing document has been served on all parties as indicated below on July 17, 2009.

*Via Hand Delivery*
David F. Chappell
Scott A. Fredricks
**CANTEY HANGER LLP**
600 West Sixth Street, Suite 300
Fort Worth, TX 76102

*Via Facsimile*
Michael A. Jacobs
**MORRISON & FORRESTER LLP**
425 Market Street
San Francisco, CA 94105

/s/ Lars L. Berg
Lars L. Berg