

ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2009 JUL 17 PM 4: 00

CLERK OF COURT

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | Civil Action No. 4-08-CV-626-A |
| | § | |
| YAHOO! INC., and | § | |
| OVERTURE SERVICES, INC. d/b/a YAHOO! | § | |
| SEARCH MARKETING, | § | |
| | § | |
| Defendants. | § | |

### APPENDIX IN SUPPORT OF
### DEFENDANTS' OPPOSITION TO PLAINTIFF
### AMERICAN AIRLINES, INC.'S MOTION TO COMPEL DISCOVERY

| EXHIBIT | DOCUMENT | PAGE |
|---|---|---|
| A | Letter to Frederick Brown from Daniel Muino, dated April 16, 2009 | 4 |
| B | Letter to Frederick Brown from Daniel Muino, dated May 8, 2009 | 6 |
| C | Letter to Frederick Brown from Daniel Muino, dated May 11, 2009 | 23 |
| D | Letter to Lars Berg from Daniel Muino, dated May 18, 2009 | 25 |
| E | Letter to Frederick Brown and Jason Stavers from Daniel Muino, dated June 16, 2009 | 56 |
| F | Letter to Frederick Brown and Jason Stavers from Daniel Muino, dated June 18, 2009 | 61 |

Dockets.Justia.com

| | | |
|---|---|---|
| G | Letter to Frederick Brown and Jason Stavers from Daniel Muino, dated June 29, 2009 | 65 |
| H | Letter to D.A. Rodriguez from Lars Berg, dated May 21, 2009 | 67 |
| I | Declaration of Carmen Arenal in Support of Defendants' Opposition to Plaintiff American Airlines, Inc.'s Motion to Compel Discovery, dated July 17, 2009 | 74 |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true copy of the foregoing document has been served on counsel of record as follows:

Dee J. Kelly                        ***Via Hand Delivery***
Dee J. Kelly, Jr.
Lars L. Berg
Kelly Hart & Hallman, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Frederick Brown                     ***Via FedEx***
Jason Stavers
Gibson, Dunn & Crutcher LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104

Howard S. Hogan                     ***Via FedEx***
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Date:   July 17, 2009

Scott A. Fredricks

A

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE:415.268.7000
FACSIMILE:415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

April 16, 2009

Writer's Direct Contact
415.268.7475
DMuino@mofo.com

*By Hand Delivery*

Frederick Brown, Esq.
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105

Re:     *American Airlines, Inc. v. Yahoo!, Inc.*

Dear Fred:

Enclosed please find documents produced by Yahoo! bearing the Bates numbers YAH-AA 0000001 - 0000090. Yahoo! is producing these documents in response to (1) AA's information requests in connection with the settlement discussions between the parties, and (2) AA's first set of document requests. This set includes documents responsive to AA's Document Requests 1-9. These documents have been designated Confidential, Highly Confidential, or Highly Confidential – Outside Counsel Only pursuant to the Confidentiality Agreement being negotiated between the parties.

The spreadsheets Bates-labeled YAH-AA0000001 - 0000018 contain information on each sponsored advertisement displayed from September 22, 2007 to February 2009 that was (1) triggered by a keyword containing an AA trademark (specifically, the trademarks defined as "American Airlines Marks" in AA's first set of document requests), and (2) clicked on by a web user. The columns in these spreadsheets reflect the following information:

Column A:    Identification number of each clicked advertisement.
Column B:    Time stamp.
Column C:    Date.
Column D:    Account ID for the advertiser.
Column E:    URL of website where advertisement was displayed and from where click was received.
Column F:    Creative ID identifying the particular advertisement that was displayed.
Column G:    Match type – exact or advanced match.
Column H:    Keyword entered in search box by web user.
Column I:    Keyword served (keyword that triggered the advertisement).

sf-2671701

Frederick Brown, Esq.
April 16, 2009
Page Two

Column J:    Price per click (fraction of a dollar). Note that these prices reflect gross
             revenues per click, not profits per click.

The spreadsheet Bates-labeled YAH-AA 0000020 contains a list of advertiser names for each
Account ID listed in the spreadsheets YAH-AA0000001 - 0000018.

The spreadsheet Bates-labeled YAH-AA 0000019 contains a compilation of the
advertisements for each Creative ID listed in the spreadsheets YAH-AA0000001 - 0000018.
The columns in this spreadsheet reflect the following information:

Column A:        Month during which the advertisement ("creative") appeared.
Column B:        Creative ID.
Column C:        File name of creative.
Column D:        Title of the creative displayed.
Columns E and F: Text of the creative displayed. Column F shows the default text.
                 Column E is only displayed if Column F is blank.
Column G:        URL displayed at the bottom of the creative.

Yahoo! is working on compiling the same set of data for the period January 2004 to
September 21, 2007 and anticipates producing spreadsheets containing that information the
week of April 20. The data for this earlier time period required additional efforts to
assemble.

The documents Bates-labeled YAH-AA0000077 - 0000090 contain information responsive
to AA's Document Requests 1-7. Please note that the information in these documents was
assembled for purposes of this litigation, since Yahoo! does not maintain organizational
charts in the ordinary course of its business.

Yahoo! will produce additional responsive documents on a rolling basis.

Sincerely,

Daniel P. Muino

Enclosures

cc:    Howard Hogan, Esq.
       Jason Stavers, Esq.
       Dee J. Kelly, Jr., Esq.

sf-2671701



425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE:415.268.7000
FACSIMILE:415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

May 8, 2009

Writer's Direct Contact
415.268.7475
DMuino@mofo.com

*By Hand Delivery*

Frederick Brown, Esq.
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, California

Re:     *American Airlines, Inc. v. Yahoo!, Inc.*

Dear Fred:

Enclosed please find documents produced by Yahoo! bearing Bates numbers YAH-AA
0006988 to YAH-AA 0019634.

The spreadsheets Bates-labeled YAH-AA 0008152 to YAH-AA 0008173 contain
information regarding sponsored advertisements displayed from October 2005 to
March 2007 that were (1) triggered by a keyword containing an AA trademark, and
(2) clicked on by a web user. My letter of April 16, 2009 described the type of data that is
contained in each of the columns of these spreadsheets.

Yahoo! is working to compile the same set of data for the periods January 2004 to September
2005 and April 2007 to September 21, 2007.

Also included in this production are e-mails and other documents collected from a number of
Yahoo! custodians. Yahoo! will continue to produce additional responsive documents on a
rolling basis.

As I indicated during last week's meet-and-confer call, Yahoo! is willing to share with AA
the search terms being used to extract responsive documents from the e-mails and other
materials collected from the Yahoo! custodians (both from their laptops and shared drive
locations). Enclosed herewith is a list of those search terms for each custodian. Our
document vendor is in the process of running these search terms through the materials
collected from the listed custodians. As we collect documents from additional custodians,
we will update this list. We have also identified a number of hard drive and shared drive
folders the contents of which are wholly responsive to AA's document requests and which
we will produce in their entirety, subject only to a privilege screen. We request that AA

sf-2683427

**MORRISON | FOERSTER**

Frederick Brown, Esq.
May 8, 2009
Page Two

reciprocally provide the search terms that AA is using to gather documents in response to Yahoo!'s document requests.

Sincerely,

*Daniel P. muino*

Daniel P. Muino

Enclosures

cc:     Howard Hogan, Esq. (with CD)
        Jason Stavers, Esq.
        Dee J. Kelly, Jr., Esq. (with CD)



MORRISON | FOERSTER

AMERICAN AIRLINES, INC. V.
YAHOO! INC. ET AL.
USDC N.D. TEXAS NO. 4:08-CV-6\26A

YAHOO! PRODUCTION # 3
YAH-AA 0006988 TO YAH-AA 0019634

*AA v. Yahoo!*

**Search Terms by Custodian**
**May 8, 2009**

| Custodian | | Search Terms |
|---|---|---|
| John Cathey-Roberts | Director Ad Policy | American<br>AmericanAirlines<br>AA<br>A A<br>Aadvantage<br>AA.com<br>Admirals Club<br>survey<br>test<br>keyword inclusion<br>keyword suggestion<br>keyword selection<br>search term suggestion<br>keyword research<br>advanced match<br>brand<br>branded<br>trademark<br>policy<br>rich ads<br>RAIS<br>conquesting<br>Lowfares<br>GlobeTravels<br>AirGorilla |

1

Def Appendix Page 09

sf-2683453

|  |  | Smarter Travel<br>Compareairlineprices<br>Airlines.world.com<br>CompareAirlineFlights<br>SideStep<br>NetTravel<br>TravelSearch<br>Expedia<br>Travelocity<br>Hotwire<br>Booking Buddy<br>Kayak<br>Priceline<br>Orbitz<br>Delta<br>United<br>Continental<br>Jet Blue<br>Southwest<br>U.S. Airways<br>Alaska<br>Virgin<br>Northwest<br>AirTran<br>Frontier<br>Hawaiian airline<br>airlines | *Same.* |
|---|---|---|---|
| Michael Wehn | Senior Manager Ad Quality Operations | | *Same.* |
| Jason Dorn | Senior Director Exchange | | *Same.* |

2

| | Operations | |
| --- | --- | --- |
| Carmen Arenal | Director of Legal Services | *Same.* |
| Cheryl Dartt | Senior Director Marketplace Operations | American<br>AmericanAirlines<br>AA<br>A A<br>Aadvantage<br>AA.com<br>Admirals Club<br>survey<br>test<br>relevance metric<br>bucket<br>eye tracking<br>north<br>east<br>bolding<br>keyword inclusion<br>keyword suggestion<br>keyword selection<br>search term suggestion<br>keyword research<br>advanced match<br>fav icon<br>brand<br>branded<br>trademark<br>rich ads<br>RAIS<br>conquesting |

sf-2683-153

| | | |
|---|---|---|
| John Slade | Vice President Display Revenue and Apex Product Management | airline<br>airlines<br><br>American<br>AmericanAirlines<br>AA<br>A A<br>Aadvantage<br>AA.com<br>Admirals Club<br>keyword inclusion<br>keyword suggestion<br>keyword selection<br>search term suggestion<br>keyword research<br>advanced match<br>brand<br>branded<br>trademark<br>rich ads<br>RAIS<br>conquesting<br>airline<br>airlines |
| Shaowkat Kabbara | Senior Product Manager | *Same.* |
| Graham Harris | Director Product Management | *Same.* |
| Christopher Sanger | Director Product Management | *Same.* |

4

| Dean Quan | Product Manager, SPM, APT, Creative Management | Same. |
|---|---|---|
| Tina Krueger | Senior Director Product Management | Same. |
| Patrick Peters | Product Specialist, Emerging Markets in the Mobile Group | American<br>AmericanAirlines<br>AA<br>A A<br>Aadvantage<br>AA.com<br>Admirals Club<br>keyword inclusion<br>keyword suggestion<br>keyword selection<br>search term suggestion<br>keyword research<br>advanced match<br>brand<br>branded<br>trademark<br>Lowfares<br>GlobeTravels<br>AirGorilla<br>Smarter Travel<br>Compareairlineprices<br>Airlines.world.com<br>CompareAirlineFlights<br>SideStep<br>NetTravel<br>TravelSearch |

5

| | | Expedia<br>Travelocity<br>Hotwire<br>Booking Buddy<br>Kayak<br>Priceline<br>Orbitz<br>Delta<br>United<br>Continental<br>Jet Blue<br>Southwest<br>U.S. Airways<br>Alaska<br>Virgin<br>Northwest<br>AirTran<br>Frontier<br>Hawaiian airline<br>airlines |
|---|---|---|
| Karla Rowland | Account Manager | *Same.* |
| Jim Stothard | Vice President Account Management and Sales Development | American<br>AmericanAirlines<br>AA<br>A A<br>Aadvantage<br>AA.com<br>Admirals Club<br>keyword inclusion |

6

sf-2683453

keyword suggestion
keyword selection
search term suggestion
keyword research
advanced match
brand
branded
trademark
rich ads
RAIS
Lowfares
GlobeTravels
AirGorilla
Smarter Travel
Compareairlineprices
Airlines.world.com
CompareAirlineFlights
SideStep
NetTravel
TravelSearch
Expedia
Travelocity
Hotwire
Booking Buddy
Kayak
Priceline
Orbitz
Delta
United
Continental
Jet Blue
Southwest
U.S. Airways

7

sf-2683453

| | | Alaska Virgin Northwest AirTran Frontier Hawaiian airline airlines |
|---|---|---|
| Keith Slusser | Senior Account Manager | *Same.* |
| Michael McMeekin | Senior Account Manager | *Same.* |
| Allison Soled | Manager Creative Strategy | *Same.* |
| Allan Chuate | Senior Manager Account Management | *Same.* |
| Brian Kearns | Account Lead | *Same.* |
| David Marquez | Senior Account Manager | *Same.* |
| Kelly Donovan | Account Executive | *Same.* |
| Christopher Kemple | Senior Director Account Management | American AmericanAirlines AA |

8

sf-2683453

| |
|---|
| A A |
| Aadvantage |
| AA.com |
| Admirals Club |
| keyword inclusion |
| keyword suggestion |
| keyword selection |
| search term suggestion |
| keyword research |
| advanced match |
| brand |
| branded |
| trademark |
| rich ads |
| RAIS |
| Lowfares |
| GlobeTravels |
| AirGorilla |
| Smarter Travel |
| Compareairlineprices |
| Airlines.world.com |
| CompareAirlineFlights |
| SideStep |
| NetTravel |
| TravelSearch |
| Expedia |
| Travelocity |
| Hotwire |
| Booking Buddy |
| Kayak |
| Priceline |
| Orbitz |
| Delta |

sf-2683435

| | | United<br>Continental<br>Jet Blue<br>Southwest<br>U.S. Airways<br>Alaska<br>Virgin<br>Northwest<br>AirTran<br>Frontier<br>Hawaiian<br>airline<br>airlines |
|---|---|---|
| Kelly Graziadei | Network Partner Services | *Same.* |
| Max Steelman | National Account Director | *Same.* |
| Peter Hagerty | Senior Director Strategic Sales | *Same.* |
| Tim Wasemiller | Media Sales | *Same.* |
| Sothea Keo | Account Manager | *Same.* |
| Patrizio Spagnoletto | Senior Director Marketing, YSM | American<br>AmericanAirlines<br>AA<br>A A |

10

sf-2683453

Aadvantage
AA.com
Admirals Club
survey
test
relevance metric
bucket
eye tracking
north
east
bolding
keyword inclusion
keyword suggestion
keyword selection
search term suggestion
keyword research
advanced match
fav icon
brand
branded
trademark
rich ads
RAIS
conquesting
Lowfares
GlobeTravels
AirGorilla
Smarter Travel
Compareairlineprices
Airlines.world.com
CompareAirlineFlights
SideStep
NetTravel

11

sf-2683453

| | | |
|---|---|---|
| | | TravelSearch<br>Expedia<br>Travelocity<br>Hotwire<br>Booking Buddy<br>Kayak<br>Priceline<br>Orbitz<br>Delta<br>United<br>Continental<br>Jet Blue<br>Southwest<br>U.S. Airways<br>Alaska<br>Virgin<br>Northwest<br>AirTran<br>Frontier<br>Hawaiian<br>airline<br>airlines |
| Malin Kennedy | Senior Manager Advertiser<br>Experience | *Same.* |
| Hui Tam | Director of Partner Management<br>Group | American<br>AmericanAirlines<br>AA<br>A A<br>Aadvantage<br>AA.com |

12

Def Appendix Page 20

Admirals Club
domain match
brand
branded
trademark
rich ads
RAIS
Lowfares
GlobeTravels
AirGorilla
Smarter Travel
Compareairlineprices
Airlines.world.com
CompareAirlineFlights
SideStep
NetTravel
TravelSearch
Expedia
Travelocity
Hotwire
Booking Buddy
Kayak
Priceline
Orbitz
Delta
United
Continental
Jet Blue
Southwest
U.S. Airways
Alaska
Virgin
Northwest

13

| | AirTran<br>Frontier<br>Hawaiian<br>airline<br>airlines | |
|---|---|---|

sf-2683453



C

**MORRISON** | **FOERSTER**
425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

May 11, 2009

Writer's Direct Contact
415.268.7475
DMuino@mofo.com

**Via E-mail**

Frederick Brown, Esq.
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105

Re:     *American Airlines, Inc. v. Yahoo!, Inc.*

Dear Fred:

I am writing to supplement our list of the Yahoo! employees who have received litigation hold notices in connection with this case.  Below is the complete list, to date:

*November 13, 2008:*  Jared Luskin, Ashish Bhatnagar, Jesse Harris, Carmen Arenal, Debra Carrete, Jill Peterson, Cheryl Dartt, Jason Dorn, Kim Furzer, John Cathey-Roberts; Pierre Reme; Michael Wehn, Charity Rieck, Vinod Sankar, Karthik Ramachandran, Tina Krueger, Dean Quan, Christopher Sanger, Mike Dillon, Don Aydon, Dylan Johnson, Gita Bhatia, Javier Bustamante, Jim Stothard, Karla Rowland, Keith Slusser, Kelly Graziadei, Malin Kennedy, Max R. Steelman, Michael McMeekin, Natalie Kubitz, Peter Hagerty, Sothea Keo, Tim Wasemiller, Veronica Gutierrez, Allan Chuate, Allison Soled, Andrew Kim, Bradley King, Brian Kearns, Christopher Kemple, Christy Cormier, David Marquez, Lodema Ronchetti, Sheri L. Bautista Abbott, Daniel Hernandez, Kimberly Ann Buchanan, John B. Sherwood, Timothy P. Jankowski, Ronald A. Mieczkowski, Stefania Bauer, Jennifer Jang, Mary Villano, Karen Horie, Hortensia Lopez-Nakano, Jeremy Feig, Steven Saldana, Leslie Friedlander, Mei-Lynn Destouche, Jon Rosenberg, Alinne Khalili, Erin Banks, Jayne Elliott, Brady Pak, Lisa Lovio, Sanie Mikaelian, Nikki Pinion, Alissa Rittenhouse, Eddie Rivera, Brenda Pollreisz; Jun Zhang, Richard Mannino, Robert O'Keefe, Amber Andrews, Suzanne Cugley, David Salper, Matthew Capuano, Julie Smith, Mary Edwards, Kara Hidden.

*April 8, 2009:*  Reggie Davis, Patrizio Spagnoletto, John Slade, Wendi Sturgis, Mark Liao, Ivan Markman.

*April 10, 2009:*  Hui L. Tam, Carmen Palmer.

*April 13, 2009:*  Shaowkat Kabbara, Graham Harris.

sf-2683809

Frederick Brown, Esq.
May 11, 2009
Page Two

*April 17, 2009:* Kelly Donovan, Patrick Peters.

*April 23, 2009:* Matt Lillig, Catherine Cameron, Tricia Hoff.

*May 5, 2009:* Jennifer Fernandez, Stacy Davis, Ann Aman, Peter Cornell, Michael Kane, Yuri Kavka, Jeffrey Seward, Lindell Bennett, Carrie Lippis.

*May 8, 2009:* Nitin Kumar, Bill Watkins, Sarah Cole, David Julian, Denise Miller, David Lake.

We request that AA reciprocally provide a list of the AA employees who have received litigation hold notices in connection with the present litigation.

Thank you.

Sincerely,

*/s/ Daniel P. Muino*

Daniel P. Muino

cc:    Howard Hogan, Esq.
        Jason Stavers, Esq.
        Dee J. Kelly, Jr., Esq.