IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 2 0 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## ORDER STRIKING AND UNFILING DOCUMENT

The Clerk has identified a defect in the form of the document indicated below, and the Court has independently determined that the document should be stricken and unfiled. Accordingly, it is ordered that the document is stricken from the record of this case, and the Clerk is directed to note on the docket that the document has been unfiled.

7/20/09
DATE                          JUDGE

## NOTICE OF DEFICIENCY

Judge:   McBryde                           Date:        July 17, 2009
Case Number:   4:08-CV-626-A              Plaintiff:   American Airlines, Inc.
Law Clerk:  JLH                            Defendants:  Yahoo! Inc., et al.
Telephone Number: 817-850-6652

* * * * * * * * * * * * *

An <u>Appendix in support of Defendants' Opposition of Plaintiff's Motion to Compel Discovery</u> has been filed by <u>Defendants</u> and is considered deficient in the areas(s) noted below:

_____  1.  A civil cover sheet must be filed with the complaint. See LR 3.1(c).
_____  2.  The document(s) must be in proper form. See LR 10.1.
_____  3.  The signature of the attorney of record or the party proceeding *pro se* is required on each document filed. See F.R.C.P. 11.
_____  4.  A completed certificate of service as defined in F.R.C.P. 5(d) is required.
_____  5.  Each separate document contained therein must be identified. See LR 5.1(c).
_____  6.  The motion must include:
              a.  _____  certificate of conference or inability to confer. See LR 7.1(b).
              b.  _____  brief in support of motion. See LR 7.1(d) or LR 56.5(a).
              c.  _____  proposed order. See LR 7.1(c).
              d.  _____  documentary or non-documentary evidence in a separate appendix. See LR 7.1(i) or LR 56.6(a).
_____  7.  A motion for leave to amend must be accompanied by a copy of the proposed amended pleading attached as an exhibit and an original and second copy of the proposed pleading that is neither attached to the motion nor made an exhibit to

|        |     | the motion. See LR 15.1. |
|--------|-----|---|
| _____  | 8.  | A motion for continuance of a trial setting must be signed by the party as well as by the attorney of record. See LR 40.1. |
| _____  | 9.  | An attorney seeking *pro hac vice* admission must apply for admission on an approved form and pay a $25.00 fee. See LR 83.9(b). |
| _____  | 10. | Additional copies are required. See LR 5.1(b). |
| _____  | 11. | The attorney filing the pleading is not admitted to practice in this district. See LR 83.7. |
| _____  | 12. | The document requires a separately signed certificate of interested persons. See LR 3.1(f), LR 7.4, or LR 81.1 (a)(3)(D). |
| XXXXX  | 13. | Other: Appendix is not spiral bound with pertinent portions highlighted. <u>See</u> Order signed Feb. 10, 2009 at 5-6. |