A w/o
ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2009 JUL 21 AM 11:08

CLERK OF COURT

| | |
|---|---|
| AMERICAN AIRLINES, INC., § <br> § <br> Plaintiff, § <br> § <br> V. § <br> § <br> YAHOO! INC., and § <br> OVERTURE SERVICES, INC. d/b/a § <br> YAHOO! SEARCH MARKETING, § <br> § <br> Defendants. § | Civil Action No. 4-08CV-626-A |

### DEFENDANTS' UNOPPOSED MOTION FOR LEAVE
### TO FILE CORRECTED APPENDIX

Defendants Yahoo!, Inc. and Overture Services, Inc. (collectively "Yahoo!") move for leave to file a Corrected Appendix in Support of Defendants' Opposition to Plaintiff American Airlines, Inc.'s Motion to Compel Discovery, and would respectfully show the Court as follows:

On July 13, 2009, Plaintiff filed a Motion to Compel Discovery and Brief in Support and Request for Expedited Consideration. On July 14, 2009, the Court entered an order requiring Defendants to file an expedited response no later than 4:00 p.m. on July 17, 2009. On July 20, 2009, Defendants filed their Opposition to Plaintiff American Airlines, Inc.'s Motion to Compel Discovery at 4:00 pm. On July 20, 2009, the Court entered an order striking and unfiling the Appendix to Yahoo!'s response because it was not spiral bound with pertinent portions highlighted as required by the Court's Order of February 10, 2009.

1

Yahoo! now respectfully requests leave to file a Corrected Appendix in Support of Defendants' Opposition to Plaintiff American Airlines, Inc.'s Motion to Compel, which has been spiral bound with pertinent portions highlighted to comply with the Court's Order.

### **Prayer**

For the foregoing reasons, Yahoo! respectfully requests that the Court enter an order granting Yahoo! leave to file the attached Corrected Appendix.

Dated: July 21, 2009                    Respectfully submitted,

*David F. Chappell*
David F. Chappell
Texas State Bar No. 04141000
Scott A. Fredricks
Texas State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
Telephone: (817) 877-2800
Fax: (817) 877-2807

Michael A. Jacobs (*pro hac vice*)
Lynn M. Humphreys (*pro hac vice*)
David E. Melaugh (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Defendants YAHOO! INC. and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING

## CERTIFICATE OF CONFERENCE

I certify that on July 20, 2009, I conferred with Lars L. Berg, counsel for American Airlines, on the foregoing motion, and Mr. Berg advised that his client does not oppose the relief sought in this motion.

Scott A. Fredricks

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Defendants' counsel, as indicated below, on the 21st day of July, 2009:

Dee J. Kelly  *Via Hand Delivery*
Dee J. Kelly, Jr.
Lars L. Berg
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Frederick Brown  *Via Federal Express*
George A. Nicoud III
Jason Stavers
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104

Howard S. Hogan  *Via Federal Express*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

David F. Chappell