IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
       FILED
    JUL 21 2009
CLERK, U.S. DISTRICT COURT
By _____
              Deputy
```

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | Civil Action No. 4-08CV-626-A |
| YAHOO! INC., and | § | |
| OVERTURE SERVICES, INC. d/b/a | § | |
| YAHOO! SEARCH MARKETING, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Came on to be considered in the above-styled and numbered action Defendants Yahoo!, Inc. and Overture Services, Inc.'s ("Defendants") Unopposed Motion for Leave to File Corrected Appendix. The Court finds that the motion is well taken and should be granted. Therefore,

The Court orders that the Clerk of Court shall file Defendants' Corrected Appendix in Support of Defendants' Opposition to Plaintiff American Airlines, Inc.'s Motion to Compel Discovery and Brief in Support among the papers of this case.

~~SO ORDERED and~~ SIGNED this __21__ day of __July__, 2009.

_____
John McBryde
United States District Judge

AGREED AS TO FORM:

_____
David F. Chappell
*Counsel for Defendants Yahoo! Inc.,*
*And Overture Services, Inc. d/b/a Yahoo!*
*Search Marketing*

_____
Lars Berg
*Counsel for Plaintiff American Airlines,*
*Inc.*