ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUL 2 1 2009

CLERK, U.S. DISTRICT COURT
By _____
           Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | Civil Action No. 4-08-CV-626-A |
| YAHOO! INC., and | § | |
| OVERTURE SERVICES, INC. d/b/a YAHOO! | § | |
| SEARCH MARKETING, | § | |
| | § | |
| Defendants. | § | |

## CORRECTED APPENDIX IN SUPPORT OF
## DEFENDANTS' OPPOSITION TO PLAINTIFF
## AMERICAN AIRLINES, INC.'S MOTION TO COMPEL DISCOVERY

| EXHIBIT | DOCUMENT | PAGE |
|---------|----------|------|
| A | Letter to Frederick Brown from Daniel Muino, dated April 16, 2009 | 4 |
| B | Letter to Frederick Brown from Daniel Muino, dated May 8, 2009 | 6 |
| C | Letter to Frederick Brown from Daniel Muino, dated May 11, 2009 | 23 |
| D | Letter to Lars Berg from Daniel Muino, dated May 18, 2009 | 25 |
| E | Letter to Frederick Brown and Jason Stavers from Daniel Muino, dated June 16, 2009 | 56 |
| F | Letter to Frederick Brown and Jason Stavers from Daniel Muino, dated June 18, 2009 | 61 |

Dockets.Justia.com

| G | Letter to Frederick Brown and Jason Stavers from Daniel Muino, dated June 29, 2009 | 65 |
|---|---|---|
| H | Letter to D.A. Rodriguez from Lars Berg, dated May 21, 2009 | 67 |
| I | Declaration of Carmen Arenal in Support of Defendants' Opposition to Plaintiff American Airlines, Inc.'s Motion to Compel Discovery, dated July 17, 2009 | 74 |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true copy of the foregoing document has been served on counsel of record as follows:

Dee J. Kelly                           *Via Hand Delivery*
Dee J. Kelly, Jr.
Lars L. Berg
Kelly Hart & Hallman, LLP
201 Main Street, Suite 2500
Fort Worth, TX  76102

Frederick Brown                        *Via FedEx*
Jason Stavers
Gibson, Dunn & Crutcher LLP
One Montgomery Street, Suite 3100
San Francisco, CA  94104

Howard S. Hogan                        *Via FedEx*
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC  20036

Date:  July 21, 2009

_____
Scott A. Fredricks



425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE:415.268.7000
FACSIMILE:415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

April 16, 2009

Writer's Direct Contact
415.268.7475
DMuino@mofo.com

*By Hand Delivery*

Frederick Brown, Esq.
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105

Re:     *American Airlines, Inc. v. Yahoo!, Inc.*

Dear Fred:

Enclosed please find documents produced by Yahoo! bearing the Bates numbers YAH-AA 0000001 - 0000090. Yahoo! is producing these documents in response to (1) AA's information requests in connection with the settlement discussions between the parties, and (2) AA's first set of document requests. This set includes documents responsive to AA's Document Requests 1-9. These documents have been designated Confidential, Highly Confidential, or Highly Confidential – Outside Counsel Only pursuant to the Confidentiality Agreement being negotiated between the parties.

The spreadsheets Bates-labeled YAH-AA0000001 - 0000018 contain information on each sponsored advertisement displayed from September 22, 2007 to February 2009 that was (1) triggered by a keyword containing an AA trademark (specifically, the trademarks defined as "American Airlines Marks" in AA's first set of document requests), and (2) clicked on by a web user. The columns in these spreadsheets reflect the following information:

Column A:    Identification number of each clicked advertisement.
Column B:    Time stamp.
Column C:    Date.
Column D:    Account ID for the advertiser.
Column E:    URL of website where advertisement was displayed and from where click was
             received.
Column F:    Creative ID identifying the particular advertisement that was displayed.
Column G:    Match type – exact or advanced match.
Column H:    Keyword entered in search box by web user.
Column I:     Keyword served (keyword that triggered the advertisement).

Frederick Brown, Esq.
April 16, 2009
Page Two

Column J:      Price per click (fraction of a dollar).  Note that these prices reflect gross revenues per click, not profits per click.

The spreadsheet Bates-labeled YAH-AA 0000020 contains a list of advertiser names for each Account ID listed in the spreadsheets YAH-AA0000001 - 0000018.

The spreadsheet Bates-labeled YAH-AA 0000019 contains a compilation of the advertisements for each Creative ID listed in the spreadsheets YAH-AA0000001 - 0000018. The columns in this spreadsheet reflect the following information:

Column A:        Month during which the advertisement ("creative") appeared.
Column B:        Creative ID.
Column C:        File name of creative.
Column D:        Title of the creative displayed.
Columns E and F: Text of the creative displayed.  Column F shows the default text. Column E is only displayed if Column F is blank.
Column G:        URL displayed at the bottom of the creative.

Yahoo! is working on compiling the same set of data for the period January 2004 to September 21, 2007 and anticipates producing spreadsheets containing that information the week of April 20.  The data for this earlier time period required additional efforts to assemble.

The documents Bates-labeled YAH-AA0000077 - 0000090 contain information responsive to AA's Document Requests 1-7.  Please note that the information in these documents was assembled for purposes of this litigation, since Yahoo! does not maintain organizational charts in the ordinary course of its business.

Yahoo! will produce additional responsive documents on a rolling basis.

Sincerely,

*Daniel P. Muino*

Daniel P. Muino

Enclosures

cc:    Howard Hogan, Esq.
       Jason Stavers, Esq.
       Dee J. Kelly, Jr., Esq.

sf-2671701

B

**MORRISON** | **FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA 94105-2482

TELEPHONE:415.268.7000
FACSIMILE:415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

May 8, 2009

Writer's Direct Contact
415.268.7475
DMuino@mofo.com

*By Hand Delivery*

Frederick Brown, Esq.
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, California

Re:    *American Airlines, Inc. v. Yahoo!, Inc.*

Dear Fred:

Enclosed please find documents produced by Yahoo! bearing Bates numbers YAH-AA 0006988 to YAH-AA 0019634.

The spreadsheets Bates-labeled YAH-AA 0008152 to YAH-AA 0008173 contain information regarding sponsored advertisements displayed from October 2005 to March 2007 that were (1) triggered by a keyword containing an AA trademark, and (2) clicked on by a web user. My letter of April 16, 2009 described the type of data that is contained in each of the columns of these spreadsheets.

Yahoo! is working to compile the same set of data for the periods January 2004 to September 2005 and April 2007 to September 21, 2007.

Also included in this production are e-mails and other documents collected from a number of Yahoo! custodians. Yahoo! will continue to produce additional responsive documents on a rolling basis.

As I indicated during last week's meet-and-confer call, Yahoo! is willing to share with AA the search terms being used to extract responsive documents from the e-mails and other materials collected from the Yahoo! custodians (both from their laptops and shared drive locations). Enclosed herewith is a list of those search terms for each custodian. Our document vendor is in the process of running these search terms through the materials collected from the listed custodians. As we collect documents from additional custodians, we will update this list. We have also identified a number of hard drive and shared drive folders the contents of which are wholly responsive to AA's document requests and which we will produce in their entirety, subject only to a privilege screen. We request that AA

sf-2683427

**MORRISON | FOERSTER**

Frederick Brown, Esq.
May 8, 2009
Page Two

reciprocally provide the search terms that AA is using to gather documents in response to Yahoo!'s document requests.

Sincerely,

*Daniel P. muino*

Daniel P. Muino

Enclosures

cc:    Howard Hogan, Esq. (with CD)
       Jason Stavers, Esq.
       Dee J. Kelly, Jr., Esq. (with CD)



MORRISON | FOERSTER

AMERICAN AIRLINES, INC. V.
YAHOO! INC. ET AL.
USDC N.D. TEXAS NO. 4:08-CV-6\26A

YAHOO! PRODUCTION # 3
YAH-AA 0006988 TO YAH-AA 0019634

*AA v. Yahoo!*

**Search Terms by Custodian**
May 8, 2009

| Custodian | | Search Terms |
|---|---|---|
| John Cathey-Roberts | Director Ad Policy | American |
| | | AmericanAirlines |
| | | AA |
| | | A A |
| | | Aadvantage |
| | | AA.com |
| | | Admirals Club |
| | | survey |
| | | test |
| | | keyword inclusion |
| | | keyword suggestion |
| | | keyword selection |
| | | search term suggestion |
| | | keyword research |
| | | advanced match |
| | | brand |
| | | branded |
| | | trademark |
| | | policy |
| | | rich ads |
| | | RAIS |
| | | conquesting |
| | | Lowfares |
| | | GlobeTravels |
| | | AirGorilla |

1

sf-2683453

| | | | |
|---|---|---|---|
| | | | Smarter Travel<br>Compareairlineprices<br>Airlines.world.com<br>CompareAirlineFlights<br>SideStep<br>NetTravel<br>TravelSearch<br>Expedia<br>Travelocity<br>Hotwire<br>Booking Buddy<br>Kayak<br>Priceline<br>Orbitz<br>Delta<br>United<br>Continental<br>Jet Blue<br>Southwest<br>U.S. Airways<br>Alaska<br>Virgin<br>Northwest<br>AirTran<br>Frontier<br>Hawaiian<br>airline<br>airlines |
| Michael Wehn | Senior Manager Ad Quality Operations | | *Same.* |
| Jason Dorn | Senior Director Exchange | | *Same.* |

2

sf-2683453

Def Appendix Page 10

| | | |
|---|---|---|
| | Operations | |
| Carmen Arenal | Director of Legal Services | *Same.* |
| Cheryl Dartt | Senior Director Marketplace Operations | American<br>American/Airlines<br>AA<br>A A<br>Aadvantage<br>AA.com<br>Admirals Club<br>survey<br>test<br>relevance metric<br>bucket<br>eye tracking<br>north<br>east<br>bolding<br>keyword inclusion<br>keyword suggestion<br>keyword selection<br>search term suggestion<br>keyword research<br>advanced match<br>fav icon<br>brand<br>branded<br>trademark<br>rich ads<br>RAIS<br>conquesting |

3

| | | airline<br>airlines |
|---|---|---|
| John Slade | Vice President Display Revenue and Apex Product Management | American<br>AmericanAirlines<br>AA<br>A A<br>Aadvantage<br>AA.com<br>Admirals Club<br>keyword inclusion<br>keyword suggestion<br>keyword selection<br>search term suggestion<br>keyword research<br>advanced match<br>brand<br>branded<br>trademark<br>rich ads<br>RAIS<br>conquesting<br>airline<br>airlines |
| Shaowkat Kabbara | Senior Product Manager | *Same.* |
| Graham Harris | Director Product Management | *Same.* |
| Christopher Sanger | Director Product Management | *Same.* |

4

sf-2683453

| Dean Quan | Product Manager, SPM, APT, Creative Management | *Same.* |
|---|---|---|
| Tina Krueger | Senior Director Product Management | *Same.* |
| Patrick Peters | Product Specialist, Emerging Markets in the Mobile Group | American<br>AmericanAirlines<br>AA<br>A A<br>Aadvantage<br>AA.com<br>Admirals Club<br>keyword inclusion<br>keyword suggestion<br>keyword selection<br>search term suggestion<br>keyword research<br>advanced match<br>brand<br>branded<br>trademark<br>Lowfares<br>GlobeTravels<br>AirGorilla<br>Smarter Travel<br>Compareairlineprices<br>Airlines.world.com<br>CompareAirlineFlights<br>SideStep<br>NetTravel<br>TravelSearch |

5

sF2683453

| | | Expedia<br>Travelocity<br>Hotwire<br>Booking Buddy<br>Kayak<br>Priceline<br>Orbitz<br>Delta<br>United<br>Continental<br>Jet Blue<br>Southwest<br>U.S. Airways<br>Alaska<br>Virgin<br>Northwest<br>AirTran<br>Frontier<br>Hawaiian<br>airline<br>airlines |
|---|---|---|
| Karla Rowland | Account Manager | *Same.* |
| Jim Stothard | Vice President Account<br>Management and Sales<br>Development | American<br>AmericanAirlines<br>AA<br>A A<br>Aadvantage<br>AA.com<br>Admirals Club<br>keyword inclusion |

6

keyword suggestion
keyword selection
search term suggestion
keyword research
advanced match
brand
branded
trademark
rich ads
RAIS
Lowfares
GlobeTravels
AirGorilla
Smarter Travel
Compareairlineprices
Airlines.world.com
CompareAirlineFlights
SideStep
NetTravel
TravelSearch
Expedia
Travelocity
Hotwire
Booking Buddy
Kayak
Priceline
Orbitz
Delta
United
Continental
Jet Blue
Southwest
U.S. Airways

7

sF-2683453

| | | Alaska Virgin Northwest AirTran Frontier Hawaiian airline airlines |
|---|---|---|
| Keith Slusser | Senior Account Manager | *Same.* |
| Michael McMeekin | Senior Account Manager | *Same.* |
| Allison Soled | Manager Creative Strategy | *Same.* |
| Allan Chuate | Senior Manager Account Management | *Same.* |
| Brian Kearns | Account Lead | *Same.* |
| David Marquez | Senior Account Manager | *Same.* |
| Kelly Donovan | Account Executive | *Same.* |
| Christopher Kemple | Senior Director Account Management | American AmericanAirlines AA |

8

A A
Aadvantage
AA.com
Admirals Club
keyword inclusion
keyword suggestion
keyword selection
search term suggestion
keyword research
advanced match
brand
branded
trademark
rich ads
RAIS
Lowfares
GlobeTravels
AirGorilla
Smarter Travel
Compareairlineprices
Airlines.world.com
CompareAirlineFlights
SideStep
NetTravel
TravelSearch
Expedia
Travelocity
Hotwire
Booking Buddy
Kayak
Priceline
Orbitz
Delta

9

sf-2683453

Def Appendix Page 17

| | | United<br>Continental<br>Jet Blue<br>Southwest<br>U.S. Airways<br>Alaska<br>Virgin<br>Northwest<br>AirTran<br>Frontier<br>Hawaiian<br>airline<br>airlines |
|---|---|---|
| Kelly Graziadei | Network Partner Services | *Same.* |
| Max Steelman | National Account Director | *Same.* |
| Peter Hagerty | Senior Director Strategic Sales | *Same.* |
| Tim Wasemiller | Media Sales | *Same.* |
| Sothea Keo | Account Manager | *Same.* |
| Patrizio Spagnoletto | Senior Director Marketing, YSM | American<br>AmericanAirlines<br>AA<br>A A |

10

Aadvantage
AA.com
Admirals Club
survey
test
relevance metric
bucket
eye tracking
north
east
bolding
keyword inclusion
keyword suggestion
keyword selection
search term suggestion
keyword research
advanced match
fav icon
brand
branded
trademark
rich ads
RAIS
conquesting
Lowfares
GlobeTravels
AirGorilla
Smarter Travel
Compareairlineprices
Airlines.world.com
CompareAirlineFlights
SideStep
NetTravel

sf-2683453

Def Appendix Page 19

| | | TravelSearch Expedia Travelocity Hotwire Booking Buddy Kayak Priceline Orbitz Delta United Continental Jet Blue Southwest U.S. Airways Alaska Virgin Northwest AirTran Frontier Hawaiian airline airlines |
|---|---|---|
| Malin Kennedy | Senior Manager Advertiser Experience | *Same.* |
| Hui Tam | Director of Partner Management Group | American AmericanAirlines AA AA Aadvantage AA.com |

12

sf-2683453

Admirals Club
domain match
brand
branded
trademark
rich ads
RAIS
Lowfares
GlobeTravels
AirGorilla
Smarter Travel
Compareairlineprices
Airlines.world.com
CompareAirlineFlights
SideStep
NetTravel
TravelSearch
Expedia
Travelocity
Hotwire
Booking Buddy
Kayak
Priceline
Orbitz
Delta
United
Continental
Jet Blue
Southwest
U.S. Airways
Alaska
Virgin
Northwest

13

| AirTran Frontier Hawaiian airline airlines |
|---|
| |
| |

14

sf-2683453