American Airlines, Inc. v. Yahoo! Inc. et al — Doc. 56

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 2 4 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4-08-CV-626-A |
| YAHOO! INC., and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING, | § | |
| Defendants. | § | |

## ORDER

Came on to be considered in the above-styled and numbered action Defendants Yahoo!, Inc. and Overture Services, Inc.'s ("Defendants") Unopposed Motion to Extend Due Date for Defendants to Supplement Their Document Production and Interrogatory Responses. The Court finds that the motion is well taken and should be granted. Therefore,

The Court orders that the Defendants shall supplement their document production, admissions responses, and interrogatory responses in response to Plaintiff's discovery requests by delivering same to Plaintiff, through its attorney, by the end of the day on Friday, July 31, 2009. Thereafter, Plaintiff may reurge its motion to compel, in whole or in part, by delivering notice to Defendants and the Court no later than 4:00 p.m. on August 13, 2009.

Signed 7/24/09.

_____
U.S. District Judge

Dockets.Justia.com

SIGNED this _____ day of _____, 2009.

_____
John McBryde
United States District Judge

AGREED AS TO FORM:

_____
David F. Chappell
Scott A. Fredricks
*Counsel for Defendants Yahoo! Inc.,
And Overture Services, Inc. d/b/a Yahoo!
Search Marketing*

_____
Lars Berg
*Counsel for Plaintiff American Airlines,
Inc.*