IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG - 3 2009
CLERK, U.S. DISTRICT COURT
By _____
Deputy

AMERICAN AIRLINES, INC., §
                         §
        Plaintiff,       §
                         §
VS.                      §  NO. 4:08-CV-626-A
                         §
YAHOO! INC., ET AL.,     §
                         §
        Defendants,      §

ORDER

Came on for consideration defendants' motion to extend the deadline to designate experts and set a rebuttal expert deadline. Having reviewed the motion, the court concludes that plaintiff should file an expedited response. Therefore,

The court ORDERS that plaintiff file a response to the above-described motion no later than 12:00 p.m. on August 6, 2009.

SIGNED August 3, 2009.

_____
JOHN McBRYDE
United States District Judge