IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,

Plaintiff,

-v.-

YAHOO! INC. and OVERTURE SERVICES, INC.
d/b/a YAHOO! SEARCH MARKETING,

Defendants.

No. 4:08-CV-626-A

## ORDER ON MOTION TO COMPEL

Came on to be considered in the above-styled and numbered action plaintiff American Airlines, Inc.'s ("American") motion to compel. The court, having considered the motion, finds that such motion should be granted. Therefore,

The court orders that plaintiff's motion to compel be, and is hereby, granted and it is ordered that (1) defendants Yahoo! Inc. and Overture Services, Inc. (collectively, "Yahoo") shall produce by July 24, 2009 all ESI responsive to American's discovery requests; (2) Yahoo's relevancy and burden objections are overruled and Yahoo is required to produce by July 31, 2009 any material withheld based on these overruled objections; (3) American is permitted an additional 15 interrogatories and 5 depositions to be taken at Yahoo's cost to explore the full extent of Yahoo's destruction of relevant information; and (4) Yahoo is required to conduct (i) searches for responsive information through human review and produce all responsive information by July 31, 2009 and (ii) a human review of its records to locate all responsive materials and eliminate from its previously produced material nonresponsive and irrelevant materials by July 31, 2009.

SIGNED August 3, 2009.

JOHN McBRYDE
United States District Judge

1061351_1