IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:08-CV-626-A |
| | § | |
| YAHOO! INC. and OVERTURE | § | |
| SERVICES, INC. d/b/a YAHOO! | § | |
| SEARCH MARKETING, | § | |
| | § | |
| Defendants. | § | |

### CORRECTED
### ORDER ON MOTION TO COMPEL

(This corrected order corrects, and replaces in its entirety, the Order on Motion to Compel the court signed in the above-captioned case on August 3, 2009.)

Came on to be considered in the above-styled and numbered action the motion of plaintiff, American Airlines, Inc., ("American") to compel. The court, having considered the motion, finds that it should be granted. Therefore,

The court ORDERS that such motion be, and is hereby, granted, and that: (1) defendants, Yahoo! Inc. and Overture Services, Inc., (collectively, "Yahoo") produce by August 10, 2009, all ESI responsive to American's discovery requests; (2) Yahoo's relevancy and burden objections are overruled and Yahoo produce by August 17, 2009, any material withheld based on these

overruled objections; (3) American is permitted an additional 15 interrogatories and 5 depositions to be taken at Yahoo's cost, exclusive of American's attorneys' fees, to explore the full extent of Yahoo's destruction of relevant information; and (4) Yahoo conduct (i) searches for responsive information through human review and produce all responsive information by August 17, 2009, and (ii) a human review of its records to locate all responsive materials and eliminate from its previously produced material nonresponsive and irrelevant materials by August 17, 2009.

    SIGNED August 4, 2009.

JOHN McBRYDE
United States District Judge