American Airlines, Inc. v. Yahoo! Inc. et al

Doc. 63

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| Plaintiff, | § | |
| VS. | § | NO. 4:08-CV-626-A |
| YAHOO! INC., ET AL., | § | |
| Defendants. | § | |

ORDER

Having considered the motion of defendants, Yahoo! Inc. and Overture Services, Inc. d/b/a Yahoo! Search Marketing, to extend deadline to designate experts, et cetera, and the opposition of plaintiff, American Airlines, Inc., thereto, the court has concluded that there should be an extension of time to 10:00 a.m. on August 17, 2009, for compliance with the requirements of paragraph 15, on page 6, of the March 13, 2009, Order Setting Schedule and Providing Special Pretrial Instructions, and that all other relief sought by such motion should be denied.

THE COURT SO ORDERS.

SIGNED August 6, 2009.

JOHN McBRYDE
United States District Judge