IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:08-CV-626-A |
| | § | |
| YAHOO! INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

ORDER

The court has concluded that it would benefit from an expedited response to the document filed August 7, 2009, titled "Defendants' Motion to Reconsider Portion of August 4, 2009 Corrected Order on Motion to Compel." Therefore,

The court ORDERS that by 3:00 p.m. on August 10, 2009, plaintiff, American Airlines, Inc., file a response to such motion.

SIGNED August 10, 2009.

_____
JOHN McBRYDE
United States District Judge

American Airlines, Inc. v. Yahoo! Inc. et al          Doc. 66

Dockets.Justia.com