IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| AMERICAN AIRLINES, INC., | § | |
|---|---|---|
| Plaintiff, | § | |
| V. | § | Civil Action No. 4-08-CV-626-A |
| YAHOO! INC., and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING, | § | |
| Defendants. | § | |

**APPENDIX IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO RECONSIDER PORTION OF AUGUST 4, 2009 CORRECTED ORDER ON MOTION TO COMPEL**

| EXHIBIT | DOCUMENT | PAGE |
|---|---|---|
| A | Excerpts from deposition of Catherine Cameron taken May 29, 2009 | 3 |

# CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true copy of the foregoing document has been served on counsel of record as follows:

| | |
|---|---|
| Dee J. Kelly<br>Dee J. Kelly, Jr.<br>Lars L. Berg<br>Kelly Hart & Hallman, LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102 | *Via Hand Delivery* |
| Frederick Brown<br>Jason Stavers<br>Gibson, Dunn & Crutcher LLP<br>One Montgomery Street, Suite 3100<br>San Francisco, CA 94104 | *Via FedExpress* |
| Howard S. Hogan<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036 | *Via FedExpress* |

Date: August 11, 2009

_____
Scott A. Fredricks



```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF TEXAS
 3                     FORTH WORTH DIVISION
 4                                    )
    AMERICAN AIRLINES, INC.,           )
 5                                     )
                 Plaintiff,            )
 6       vs.                           )  No. 4:08-CV-626-A
                                       )
 7  YAHOO! INC. and OVERTURE           )
    SERVICES, INC. d/b/a YAHOO!        )
 8  SEARCH MARKETING,                  )
                                       )
 9              Defendants.            )
                                       )
10
```

DEPOSITION OF

CATHERINE CAMERON

_____

May 29, 2009

REPORTED BY:  CAROLYN M. MANN, CSR 10066 [#419917]

```
 1              SAN FRANCISCO, CALIFORNIA
 2              FRIDAY, MAY 29, 2009
 3                    9:28 A.M.
 4                     --oOo--
 5              CATHERINE CAMERON
 6        _____
 7   called as a witness, who, having been first duly sworn,
 8   was examined and testified as follows:
 9                     --oOo--
10              EXAMINATION BY MR. HOGAN
11        MR. HOGAN:  Q.  Miss Cameron, my name is
12   Howard Hogan.  I represent the plaintiffs, American
13   Airlines, in this lawsuit.  Could you please state your
14   name for the record.
15        A.   Catherine Cameron.
16        Q.   And this deposition is being held as part of
17   the discovery process in a lawsuit.  Do you understand
18   that?
19        A.   Yes.
20        Q.   The court reporter is transcribing your
21   testimony, and that transcript may be used in court.  Do
22   you understand that?
23        A.   Yes.
24        Q.   If you don't understand any of my questions,
25   please ask me and I will try to clarify.
```

1    A.    On September 30th, 2002, I started working for
2 Overture.
3    Q.    What was your initial job with Overture?
4    A.    Data analyst.
5    Q.    And have you been with Overture after it was
6 acquired by Yahoo! and now working with Yahoo!?
7    A.    Yes.
8    Q.    All right.  So before we move on to your time
9 with Overture and Yahoo!, I guess the first question is
10 when did you find time to get your MBA?
11    A.    When I was working at Ralphs Grocery Company,
12 I worked there while I got my MBA.  I worked on my MBA
13 full-time for a year while I was working at Ralphs
14 part-time, and then I finished up my MBA part-time while
15 I was working at Ralphs full-time.
16    Q.    Were you ever asked to leave any of the
17 positions you've just listed involuntarily?
18    A.    No.
19    Q.    All right.  So if you can, can you list the
20 positions that you've had at Overture and Yahoo! from
21 data analyst in 2002 to the present.
22    A.    Yes.  I was a data analyst from 2002 until
23 December 2003, when I was promoted to senior data
24 analyst.  In 2005, I was promoted to manager of internal
25 reporting.  In 2007, I was promoted to senior manager of

```
 1  internal reporting, which is what I do today.
 2      Q.  What are your responsibilities as senior
 3  manager for internal reporting?
 4      A.  I manage a department of 20 people. They're
 5  engineers and data analysts who create reports, pull
 6  data, analyze data trends, investigate and fix problems
 7  with the data, and provide the source of truth for
 8  revenue data for Yahoo!.
 9      Q.  What do you mean by "provide a source of truth
10  for revenue data"?
11      A.  So within Yahoo!, there are many different
12  people, analysts, spreadsheets, but when it comes to
13  wanting to know what the actual gross revenue numbers
14  are, that's my team.  For search data, I have a sister
15  team in Bangalore of about 30 people, and we
16  transitioned the bulk of the data reporting work to
17  Bangalore starting last year.
18      Q.  So the 20 people that you mentioned, those are
19  20 people in Burbank that are separate from the
20  Bangalore --
21      A.  Yes.
22      Q.  -- sister team?
23      A.  Yeah, and the 20 people in Burbank, we work on
24  display data and we do some of the work still on search.
25      Q.  What do you mean by "display data"?
```

1  everything, but it's too expensive.
2      Q.   We'll get back to the tape data in a moment,
3  but let's talk about the live data for a second.  Could
4  you explain to me your considerations in evaluating the
5  size of the data with respect to whether to keep it or
6  not?
7      A.   Sure.  So data that is very small, for
8  example, revenue for the company for a particular day is
9  very tiny and it's very interesting, so we can keep that
10 for a long period of time.  Data that is every search a
11 person types in, which can create a billion rows of data
12 a day, is very large, not very interesting, very
13 difficult to query, and so we keep that for a short
14 period of time.
15     Q.   Can you define "small," you know, in terms of
16 size?
17     A.   Sure.  Less than a hundred thousand rows a
18 day, if you think of like an Excel spreadsheet.
19     Q.   What does that translate to in terms of bytes
20 of data?
21     A.   I do not know.  I am not a hardware and
22 storage expert.  I'm a, the data expert in terms of what
23 gets stored, how long it gets stored, and how, what it's
24 used for.
25     Q.   So what would be considered a large set of

CATHERINE CAMERON    May 29, 2009

26

1  data?
2      A.    The largest sets we have, as I said, are every
3  search, which is a billion rows a day, or impressions,
4  which is about 5 billion rows a day.  That's very large.
5  Our databases are very large.
6      Q.    What are the, what's the rough size of
7  Yahoo!'s total databases?
8      A.    We have many databases.  So I think you're
9  just interested in the ones pertaining to search.
10     Q.    Well, that may or may not be the case.  My
11 question was broader, what is the overall size.
12     A.    Okay.  I don't know about most of the areas
13 outside of search.  There's a whole particular area of
14 the company that uses vast amounts of data that tracks
15 user behavior, which is, I go to this page, I stay here
16 for this period of time, then I read this news article,
17 then I go back to this page.  It's not search-related
18 or, or revenue-related data.
19           The data I deal with is the, talking about
20 with the search data, is we have currently a data
21 warehouse that's 1.5 petabytes, a petabyte is 1,024
22 terabytes.  It's one of the largest data storage
23 warehouses in the world.  It's been written up in a
24 couple of cases.
25           Even going back to 2003, we used an Oracle

Merrill Legal Solutions
(800) 869-9132

Def Appendix Page 08

1  database at the time that was 270 terabytes, and I
2  remember it being the largest database in the world next
3  to France Telecom, and I believe it exceeded that. We
4  have several other large Oracle databases.
5      In addition to the 1.5 petabyte storage, which
6  is not Oracle, we have another database we use for
7  reporting for search called Edward, E-D-W-A-R-D, which
8  is 170 terabytes.
9      Q. So a moment ago, you distinguished between
10 search data and user data.
11     A. Yes.
12     Q. Which of the three sets of databases that
13 you've just mentioned -- well, let me stop and back up.
14 Make sure I've got the three.
15     A. Sure.
16     Q. One is a not-Oracle database that's 1.5
17 petabytes?
18     A. Yes. That is called Sage, S-A-G-E. That will
19 make it easier. Sage.
20     Q. Where is that located?
21     A. We just moved it. It's in the United States.
22 It was in the SP1, yes, Space Park 1.
23     Q. What is Space Park 1?
24     A. It's a location in the Bay Area here. We also
25 have a replica of it in MUD, M-U-D, which is in Dallas,

1  which is for backup purposes.  So if you think about it,
2  if something were to happen in California where we could
3  not get to that data or that database would fail, we can
4  get to it in Dallas, switch over.
5      Q.   What is the purpose of the Sage database?
6      A.   The purpose of the Sage database is to take
7  all the click stream data that comes in, so every click,
8  every search, all the impressions, all the ads that are
9  shown, and put it into meaningful tables and data feeds
10 for reporting for billing and paying and for several
11 other systems.
12     Q.   What applications are supported by the Sage
13 database?
14     A.   There are many applications.  The most
15 important, to me, is reporting for internal recording.
16 Sage feeds Edward, which is the main reporting database.
17     Q.   Any other applications that --
18     A.   Oracle Financials, which does our billing and
19 paying.  It feeds the revenue reordering system, which
20 determines the order that ads are shown up on a page.
21 It feeds account monitoring, which is how much money
22 advertiser accounts have used.  And it feeds several
23 others that are lesser importance that I'm not familiar
24 with, but they're not main systems for Yahoo!.
25          The other system it feeds that you need to

1  know about is called The Grid.
2      Q.    What is The Grid?
3      A.    So there's a big fad called "cloud computing"
4  in the Internet world and in general, where you take
5  massive amounts of data and instead of having one
6  processor or four processors work on it, you can take
7  hundreds of processes -- processors and work on the
8  data, and it will do very fast calculations.
9      Q.    And the Sage database is, has hundreds of
10 processors to allow it --
11     A.    No.  The Grid does.
12     Q.    So what is the difference between Sage -- oh,
13 I see.  Sage feeds The Grid?
14     A.    Right.
15     Q.    The Grid has the hundreds of databases?
16     A.    Yeah.  Sage has its own processors, it's just
17 that it's an older system, and the way that we go with
18 technology is about every two years you can increase
19 processing power and technology takes these huge leaps.
20 So Sage is the, the current technology, and then The
21 Grid is the future.
22     Q.    So let me understand this.  The data itself
23 resides in Sage; Grid extracts data from Sage to be
24 processed.  Is that how it works?
25     A.    Grid's -- so most of the data processing is

1    Q.    So Yahoo! has several data colos and this is
2  in one, the Edward 2 is in one of them?
3    A.    Uh-huh.  So I think, looking back, "data
4  colo," everyone seems to know what that means, so I'm
5  thinking it's an industry term.  I've been with Yahoo!
6  so long that it's sometimes hard to separate.
7    Q.    So would all the databases we've talked
8  about -- Sage, Edward, Edward 2, and I guess for lack of
9  a better word, Sage 2 -- would each have a data colo for
10 them?
11   A.    What you have is a data colo is a physical
12 site.  So we had a big one in Santa Clara.  And it's a
13 physical location where you can put databases, data
14 processors, servers, storage, that has plenty of power
15 and electricity.  You can read about it in the trade
16 magazines.  Everybody, the states are all saying, we
17 want these data colos.  So the more data you have, the
18 bigger the locations you need to store them in.
19         And then if you are smart, you have a backup
20 location somewhere else physically located for when the
21 main colo, should it go down.
22   Q.    So for Sage, the data colo is in California
23 but the backup is in MUD, Texas?
24   A.    It's called M-U-D.  It's in Dallas, but --
25   Q.    M-U-D isn't a name of a place --

1    A.    Yeah.
2    Q.    -- it's the name of the data colo.
3    A.    Yes, yes.
4    Q.    Okay.
5    A.    We moved them around due to leases expiring
6  and getting better deals -- and you can read about this
7  in the trade magazines -- and increasing the size of our
8  data, that they use a tremendous amount of power.
9    Q.    All right.  So just to finish up with
10 Edward 2, the data colo is called AC4, and it's -- where
11 is it physically --
12   A.    I'm sorry, AK4.  It's located on the East
13 Coast.  I don't know the exact city.
14   Q.    And is Edward 2 actively being used, or it's
15 just a work in progress?
16   A.    It is actively being used.
17   Q.    Who is actively using it?
18   A.    My team has built the reports on it.  And it's
19 actively being used to monitor the health of the
20 newspaper consortium on the Exchange, and we have a few
21 test accounts running, and we're seeing how they're
22 doing.
23   Q.    All right.  So right now Edward 2 is basically
24 a database being designed to facilitate the exchange of
25 banner ads between newspaper Web sites and ads for

1    A.    No.  They were given the request for data from
2 our legal team in a manner in which an engineer can
3 understand it.
4    Q.    Okay.  I'd like to talk about the spreadsheets
5 that were produced --
6    A.    Sure.
7    Q.    -- in the case.  Is it correct that the search
8 data, the first bulk of search data that Yahoo! produced
9 was for September 22nd through February -- sorry,
10 September 22nd, 2007, through February 2009?
11    A.    So I don't know the order of -- when you say
12 "first," I don't know the order that you received.
13    Q.    Let's put that aside, go backwards,
14 chronological order.
15    A.    Okay.  So if you're asking about the data that
16 we provided, and you say, What have we provided or what
17 information have we given you, and you're specific about
18 it, it's a lot easier for me to answer it.
19    Q.    Well, I understood that there was a block of
20 data that was, the most recent chronological was --
21    A.    Yes.
22    Q.    -- September 22nd, 2007, through
23 February 2009.
24    A.    Yes.
25    Q.    And this data comes from the Sage database; is

1  that right?
2      A.   Yes.
3      Q.   What -- do you know why September 22nd, 2007,
4  is the starting point for that data?
5      A.   Yes.  Because the retention for that
6  particular block of data, it rolls off after
7  approximately 18 months.
8      Q.   Does the data for that block, the
9  September 22nd, substantively differ from any of the
10 previous segments of data chronologically?
11     A.   The query we would use and the table structure
12 would be the same.
13     Q.   Then going back, I believe the next period for
14 which data has been produced is October 2005 through
15 March 2007?
16     A.   Yes.
17     Q.   Do you know why Yahoo! has not produced data
18 for the April 2007 to September 22, 2007 period?
19     A.   Yes.  The reason is because it had rolled off
20 from Sage due to the size of the data and the limitation
21 of storage on Sage.
22     Q.   Do you know when it rolled off?
23     A.   It rolls off after 18 months.  So if you look
24 back from today -- actually, we're keeping it a little
25 longer now because of this particular case.  We would

CATHERINE CAMERON    May 29, 2009
150

1  see data going back in history for 18 months. And then
2  if we had looked at it from last month, it would have
3  been 18 months. And then the month before, it would
4  have been 18 months.
5      Q.  Do you know if the data for April 2007 through
6  September 22nd, 2007, was preserved on backup tapes?
7      A.  It is.
8      Q.  Is that going to be produced?
9      A.  We are working on it.
10     Q.  Okay. Do you have an estimate of when it will
11 be produced?
12     A.  They will give me an ETA -- "they" meaning the
13 data -- it's a concerted monumental effort requiring
14 coordination across many data teams. And as of this
15 morning, I was told I would get an ETA at the end of
16 next week, an ETA meaning estimated time of arrival.
17     Q.  Okay. The -- chronologically going back,
18 then, the next block would have been, I think it's
19 October 2005 to March 2007, is that your recollection?
20     A.  Yes.
21     Q.  And would that data overlap the Live_Stor and
22 the Sage phases?
23     A.  The data that, the data block you had just
24 talked about was data on Live_Stor.
25         Now, one thing I need to be clear on is that

Merrill Legal Solutions
(800) 869-9132

Def Appendix Page 16