

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

## MINUTE ORDER - TELEPHONE CONFERENCE

JUDGE : McBryde
LAW CLERK: Jamie Hoxie
COURT REPORTER: Eileen Brewer

Case No.: 4:08-CV-626-A     American Airlines, Inc. v. Yahoo! Inc. et al.

Date Held: 8/11/2009

Time:     11:40 a.m.-11:55 a.m.

For plaintiff: Fred Brown and Lars Berg

For defendants: David Chappell, Scott Fredericks, Michael Jacobs, Tony Rodriguez, and Dan Muino

OTHER INFORMATION:
- conference regarding defendants' motion to reconsider, order to follow