IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



AMERICAN AIRLINES, INC., §
　　　　　　　　　　　　　　§
　　　　　Plaintiff, §
　　　　　　　　　　　　　　§
VS. § NO. 4:08-CV-626-A
　　　　　　　　　　　　　　§
YAHOO! INC., ET AL., §
　　　　　　　　　　　　　　§
　　　　　Defendants. §

O R D E R

Came on for consideration the motion of defendants to reconsider a portion of the court's corrected order on motion to compel signed August 4, 2009. Consistent with the telephone conference held in reference to that motion on even date herewith,

The court ORDERS that defendants' motion be, and is hereby, granted insofar as the portion of the court's August 4 order directing defendants to produce electronically stored information by August 10, 2009, be, and is hereby, set aside.

The court further ORDERS that defendants have until 3:00 p.m. on August 21, 2009, to file with the court and serve on opposing counsel a new declaration as discussed in the August 11 telephone conference.

The court further ORDERS that, by August 25, 2009, technological experts for both parties meet in Fort Worth, Texas, or some other place upon which the parties mutually agree, and discuss the production of defendants' electronically stored

information.

The court further ORDERS that, by 3:00 p.m. on August 27, 2009, both parties file a report of the above-described meeting.

SIGNED August 11, 2009.

_____
JOHN McBRYDE
United States District Judge