American Airlines, Inc. v. Yahoo! Inc. et al — Doc. 72



FW9270

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2009 AUG 13 PM 2:32

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____FORT WORTH_____ DIVISION

| | |
|---|---|
| __AMERICAN AIRLINES, INC.__, § | |
| § | |
| **Plaintiff** § | |
| § | ____4-08-CV-626-A____ |
| v. § | Case Number |
| § | |
| ____YAHOO! INC., et al.____, § | |
| § | |
| **Defendant** | |

## APPLICATION AND ORDER FOR ADMISSION *PRO HAC VICE*

I. Applicant is an attorney and a member of the law firm of (or practices under the name of) ____Morrison & Foerster LLP____, with offices at ____425 Market Street, 32nd Floor____,
(Street Address)

____San Francisco____, ____California____, ____94105____, ____415-268-7000____.
(City)                    (State)           (Zip Code)      (Telephone No.)

II. Applicant will sign all pleadings with the name ____Brooks M. Beard____.

III. Applicant has been retained personally or as a member of the above-named firm by

Yahoo! Inc. and Overture Services, Inc. d/b/a/ Yahoo! Search Marketing

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United States District Court, for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of
____California____, where Applicant regularly practices law.

Bar license number: ____181271____ Admission date: ____12/24/1995____.

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| (Please see attached list.) | | |
| | | |
| | | |
| | | |

dockets.Justia.com

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application            Case No. And Style

_____            _____

_____            _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is David Chappell
who has offices at _____ Cantey Hanger Plaza, 600 West Sixth Street, Fort Worth, Texas 76102 _____,
              (Address)
   817-877-2800   .
(Telephone No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this ___11th___ day of _____August_____, 20__09__.

_____Brooks M. Beard_____
Printed Name of Applicant

_____/s/ Brooks Beard_____
Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this ___13th___ day of ___August___, ___2009___.

_____Brooks M. Beard_____
Printed Name of Applicant

_____/s/ Brooks Beard_____
Signature

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

_____     _____
DATE                                JUDICIAL OFFICER

Attachment to Application and Order for Admission Pro Hac Vice

In the United States District Court
For the Northern District of Texas
Fort Worth Division

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date | Active or Inactive |
|---|---|---|
| USDC, N.D. Cal. | 1/27/1998 | Active |
| USDC, E.D. Cal. | 5/15/1998 | Active |
| USDC, C.D. Cal. | 6/30/1998 | Active |
| USDC, E.D. Texas | 1/27/2009 | Active |
| U.S. Court of Appeals, 8th Circuit | 6/28/2002 | Active |
| U.S. Court of Appeals, 9th Circuit | 12/16/1998 | Active |
| U.S. Court of Appeals, 11th Circuit | 9/9/1996 | Active |
| U.S. Court of Appeals, Federal Circuit | 6/30/2009 | Active |
| U.S. Supreme Court | 4/17/2000 | Active |

sf-2725977