

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| Plaintiff, | § | |
| VS. | § | NO. 4:08-CV-626-A |
| YAHOO!, INC., ET AL., | § | |
| Defendants. | § | |

ORDER

Came on for consideration the application of Brooks M. Beard ("Beard") for admission pro hac vice in the above-captioned matter. The court finds that the application should be granted. Therefore,

The court ORDERS that the application of Beard for admission pro hac vice be, and is hereby, granted and that Beard be, and is hereby, granted leave to appear pro hac vice, along with local counsel, on behalf of defendants, Yahoo!, Inc. and Overture Services, Inc., d/b/a Yahoo! Search Marketing. The court directs the clerk of the court to deposit the application fee into the account of the Non-Appropriated Fund of this court.

SIGNED August 14, 2009.

JOHN McBRYDE
United States District Judge