American Airlines, Inc. v. Yahoo! Inc. et al — Doc. 74



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> YAHOO! INC. and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING, <br><br> Defendants. | Case No. 4:08-CV-626-A |

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO COMPLY WITH THE COURTS AUGUST 4, 2009 CORRECTED ORDER

Among other things, the Court's August 4, 2009 Corrected Order on Motion to Compel ordered Defendants to "conduct (i) searches for responsive information through human review and produce all responsive information by August 17, 2009, and (ii) a human review of its records to locate all responsive materials and eliminate from its previously produced material nonresponsive and irrelevant materials by August 17, 2009."

In response to this order, Yahoo! hired 50 additional reviewers who began training on the case and with the document review tool on August 5, 2009. This review team has worked in 8 to 12 hour shifts every day, including weekends at a daily cost of approximately $50,000 per day to Yahoo!. As of 5:00 p.m. (Pacific Time) on August 12, 2009, the review team had reviewed approximately 390,000 of the approximately 1,000,000 documents (the 1 million documents amount to roughly 4 million pages). At this pace, Yahoo! believes that it will be able to review approximately 700,000 documents by the Court's deadline of August 17, 2009. An extension until August 28, 2009 will allow Yahoo!'s 50 reviewers sufficient time to complete this review.

1

In response to that part of the Court's order requiring Yahoo! to identify additional relevant material that may need to be produced, Yahoo! is in the process of contacting again its document custodians to locate any additional documents. Yahoo! had previously interviewed more than 60 custodians and asked them to identify and provide responsive documents in their possession. Yahoo! also copied the computer hard drives of those custodians and ran word searches to select additional responsive documents. Yahoo! is now again contacting each custodian, presenting them with a list of the documents already collected and produced, and asking them to determine the location of additional files where relevant information is likely located. A human review of those files is being conducted. With dozens of custodians, some of whom are on vacation, this task will also require until August 28, 2009 to complete.

American Airlines is not opposed to the extension sought by this motion provided that Yahoo! agrees to provide by August 28th an electronic spreadsheet identifying which of the previously-produced documents Yahoo!'s human review has determined were not relevant or not responsive. Yahoo! has agreed to do this.

Accordingly, Yahoo! respectfully requests an extension until August 28, 2009 to conduct (i) searches for responsive information through human review and produce all responsive information, and (ii) a human review of its records to locate all responsive materials and eliminate from its previously produced material nonresponsive and irrelevant materials.

Dated: August 14, 2009

Respectfully submitted,

_____
David F. Chappell
Texas State Bar No. 04141000
Scott A. Fredricks
Texas State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
Telephone: (817) 877-2800
Fax: (817) 877-2807

Michael A. Jacobs (*pro hac vice*)
Lynn M. Humphreys (*pro hac vice*)
Daniel P. Muino (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Defendants
YAHOO! INC. and OVERTURE SERVICES,
INC. d/b/a YAHOO! SEARCH MARKETING

## CERTIFICATE OF CONFERENCE

I certify that on August 11, 2009, Daniel P. Muino (counsel for Defendants) corresponded with Lars L. Berg (counsel for American Airlines) requesting the above-described extension until August 28, 2009. On August 14, 2009, Lars L. Berg (counsel for American Airlines) responded that American Airlines was not opposed to the above-described extension until August 28, 2009 provided Yahoo! agree to identify which of the previously-produced documents Yahoo!'s human review has determined were not relevant or not responsive. Yahoo! has agreed to provide such a list.

_____
Scott A. Fredricks

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Defendants' counsel, as indicated below, on the 14th day of August 2009:

Dee J. Kelly  *Via Hand Delivery*
Dee J. Kelly, Jr.
Lars L. Berg
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Frederick Brown  *Via Facsimile*
George A. Nicoud III
Jason Stavers
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104

Howard S. Hogan  *Via Facsimile*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

_____
Scott A. Fredricks