ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2009 AUG 17 AM 9:00

CLERK OF COURT

AMERICAN AIRLINES, INC.,

    Plaintiff,

-v.-

YAHOO! INC. and OVERTURE SERVICES,
INC. d/b/a YAHOO! SEARCH
MARKETING,

    Defendants.

Case No. 4:08-CV-626-A

## DEFENDANTS' DESIGNATION OF EXPERTS

Pursuant to the Court's March 13, 2009, Order Setting Schedule and Providing Special Pretrial Instructions and the Court's August 6, 2009, Order extending the schedule as to experts, Defendants Yahoo! Inc. and Overture Services, Inc. d/b/a Yahoo! Search Marketing designate the following persons as its experts:

  Isabella Cunningham
  1412 Barton Creek Boulevard
  Austin, Texas 78735
  (512) 471-8126

  Ward A. Hanson
  STANFORD INSTITUTE FOR ECONOMIC POLICY RESEARCH
  Stanford University
  Stanford, California 94305
  (650) 723-8450

  Daniel J. Slottje
  FTI CONSULTING, INC.
  2001 Ross Avenue
  Dallas, Texas 75275
  (214) 397-1600

1

Respectfully submitted,

*[signature: Scott Fredricks]*

David F. Chappell
Texas State Bar No. 04141000
Scott A. Fredricks
Texas State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
Telephone: (817) 877-2800
Fax: (817) 877-2807

Michael A. Jacobs (*pro hac vice*)
Lynn M. Humphreys (*pro hac vice*)
Daniel P. Muino (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Defendants
YAHOO! INC. and OVERTURE SERVICES,
INC. d/b/a YAHOO! SEARCH MARKETING

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Defendants' counsel, as indicated below, on the 17[h] day of August 2009:

Dee J. Kelly  *Via Hand Delivery*
Dee J. Kelly, Jr.
Lars L. Berg
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Frederick Brown  *Via Facsimile*
George A. Nicoud III
Jason Stavers
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104

Howard S. Hogan  *Via Facsimile*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Scott A. Fredricks