

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2009 AUG 17 AM 9:39

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> YAHOO! INC. and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING, <br><br> Defendants. | No. 4:08-CV-626-A |

### PLAINTIFF'S EXPERT DESIGNATION

Pursuant to the Court's March 13, 2009 Order Setting Schedule and Providing Special Pretrial Instructions, Plaintiff designates the following as its expert witnesses:

1. Basil G. Englis, Ph.D.
   Richard Edgerton Professor of Marketing and Marketing Department Chair
   Campbell School of Business
   Berry College
   2277 Martha Berry Highway NW
   Mt. Berry, GA 30149
   (706) 290-2645 – phone
   (706) 346-3764 – cell
   (706) 238-5843 – fax

   Basil Englis has expertise in issues of consumer psychology and confusion and has conducted a consumer survey. Dr. Englis may be called to testify at trial about these issues.

2. Ronald C. Goodstein, Ph.D.
   Georgetown University
   310 Old North Bldg.
   Washington, DC 20057
   (202) 687-8009 – phone
   (202) 687-4031 – fax

   Ronald C. Goodstein comments on the survey of Dr. Basil Englis and on marketing, trademark, and consumer confusion issues related to American Airlines' trademarks and Yahoo's advertising program. Dr. Goodstein may be called to testify at trial about these issues.

---

PLAINTIFF'S EXPERT DESIGNATION  Page 1
1069974_1

3. Daniel L. Jackson
   AlixPartners
   2100 McKinney Avenue, Suite 800
   Dallas, TX 75201
   214-647-7636 - Office
   214-647-7502 - Fax
   214-679-3788 – Cell

Daniel L. Jackson is a damages expert who may be called to testify at trial about his opinions on Yahoo's data and American's damages.

Respectfully submitted,

*[signature]*

Dee J. Kelly (State Bar No. 11217000)
Dee J. Kelly, Jr. (State Bar No. 11217250)
Lars L. Berg (State Bar No. 00787072)
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Phone: (817) 332-2500
Fax: (817) 878-9280

Frederick Brown (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Montgomery St., Suite 3100
San Francisco, CA 94104
Phone: (415) 393-8200
Fax: (415) 986-5309

Howard S. Hogan (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 467-0539

**Attorneys for Plaintiff American Airlines, Inc.**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on August 17th, 2009 to Defendant's counsel, as follows, in accordance with the Federal Rules of Civil Procedure:

David F. Chappell
Scott A. Fredricks
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
*(via hand delivery and email)*

Michael A. Jacobs
Lynn M. Humphreys
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
*(via fax and email)*

_____
Lars L. Berg