IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC., §
§
Plaintiff, §
§
V. §
§ Civil Action No. 4-08-CV-626-A
YAHOO! INC., and §
OVERTURE SERVICES, INC. d/b/a §
YAHOO! SEARCH MARKETING, §
§
Defendants. §

# ORDER

Came on to be considered in the above-styled and numbered action Defendants Unopposed Motion to Extend Deadline to Comply with the Court's August 4, 2009 Corrected Order. The Court finds that the motion is well taken and should be granted. Therefore,

The Court orders that the Defendants shall have until 5:00 p.m. Pacific Daylight Time on August 28, 2009 to conduct (i) searches for responsive information through human review and produce all responsive information, and (ii) a human review of its records to locate all responsive materials and eliminate from its previously produced material nonresponsive and irrelevant materials.

SIGNED this 17 day of August, 2009.

John McBryde
United States District Judge

AGREED:

_____
David F. Chappell
Scott A. Fredricks
*Counsel for Defendants Yahoo! Inc.,
And Overture Services, Inc. d/b/a Yahoo!
Search Marketing*

_____
Lars L. Berg
*Counsel for Plaintiff American Airlines,
Inc.*