IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| AMERICAN AIRLINES, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:08-CV-626-A |
| § | |
| YAHOO! INC., ET AL., § | |
| § | |
| Defendants. § | |

ORDER

The court ORDERS that plaintiff, American Airlines, Inc., file a response by 2:00 p.m. on September 8, 2009, to the document filed September 1, 2009, titled "Defendants' Motion to Compel and Brief in Support and Request for Expedited Consideration."

The court would hope that the parties will come to their senses and reach agreements as to the matters raised in such motion without further involving the court in those matters.

SIGNED September 3, 2009.

JOHN McBRYDE
United States District Judge