


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,

    Plaintiff,

-v.-

YAHOO! INC., and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING,

    Defendants.

No. 4-08-8CV-626-A

## UNOPPOSED MOTION TO EXTEND DEADLINES

Plaintiff, American Airlines, Inc. ("American"), respectfully seeks a two-week extension of the deadlines in the Court's March 13, 2009 Order Setting Schedule and Providing Special Pre-Trial Instructions to (1) file motions for summary judgment and (2) complete discovery. The new deadlines would be October 22, 2009 for filing motions for summary judgment and November 30, 2009 to complete discovery.

American seeks this relief because its employee, Chris DeGroot, is not available for deposition before the current summary judgment deadline of October 7, 2009. American has agreed to make Mr. DeGroot available for deposition on October 15 in New York City or Fort Worth and seeks this extension to allow for its completion before the current summary judgment deadline.

Defendants Yahoo! Inc., and Overture Services, Inc. d/b/a Yahoo! Search Marketing (collectively "Yahoo!"), agree to the relief sought in this motion.

Respectfully submitted,

[signature]

Dee J. Kelly
State Bar No. 11217000
Dee J. Kelly, Jr.
State Bar No. 11217250
Lars L. Berg
State Bar No. 00787072
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500 - phone
(817) 878-9280 - fax

Frederick Brown (admitted *pro hac vice*)
George A. Nicoud III
State Bar No. 15017875
Jason Stavers (admitted *pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
(415) 393-8204 – phone
(415) 374-8420 – fax

Howard S. Hogan (admitted *pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 887-3640 – phone
(202) 530-9550 – fax

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

Counsel for American and counsel for Yahoo! have conferred with one another regarding the relief sought in this motion and agreed to the relief sought.

_____
Dee J. Kelly, Jr.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Defendants' counsel, via fax, on the 10th day of September, 2009:

David F. Chappell
Scott A. Fredricks
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102

Michael A. Jacobs
Lynn M. Humphreys
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482

_____
Dee J. Kelly, Jr.