IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 1 1 2009

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

AMERICAN AIRLINES, INC.,          §
                                  §
            Plaintiff,            §
                                  §
VS.                               §   NO. 4:08-CV-626-A
                                  §
YAHOO! INC., ET AL.,              §
                                  §
            Defendants.           §

### ORDER DENYING MOTION TO EXTEND

After having considered the Unopposed Motion to Extend

Deadlines filed by plaintiff, American Airlines, Inc., on

September 10, 2009, the court has concluded that such motion

should be denied. Therefore,

The court ORDERS that such motion be, and is hereby, denied.

SIGNED September 11, 2009.

_____
JOHN McBRYDE
United States District Judge