ORIGINAL

A w/o + o&c and and ans

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2009 SEP 14 PM 3:48

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| Plaintiff, | § | |
| V. | § | Case No. 4:08-CV-626-A |
| YAHOO! INC. and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING, | § | |
| Defendants. | § | |

### DEFENDANTS' UNOPPOSED MOTION
### FOR LEAVE TO FILE FIRST AMENDED ANSWER

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure and in compliance with this Court's scheduling order, Defendants Yahoo! Inc. and Overture Services, Inc. (collectively "Yahoo!") move this Court for leave to file their First Amended Answer and Affirmative Defenses to the Complaint of Plaintiff American Airlines, Inc. ("American Airlines"), dated October 17, 2008.

Yahoo!'s First Amended Answer contains additional or amended responses and defenses to the allegations contained in American Airlines's October 17, 2008 Complaint. Yahoo! respectfully reserves the right to further amend its answer to respond to any amended complaint filed by American Airlines as permitted under Federal Rule of Civil Procedure 15(a)(3).

This motion for leave to amend is timely made under the Court's March 13, 2009 scheduling order.

1

American Airlines is not opposed to the relief sought in this motion.

Pursuant to Local Rule 15.1(a), a copy of Yahoo!'s First Amended Answer is attached to this motion as Exhibit A and an original and a judge's copy are also being submitted to the Clerk.

Dated: September 14, 2009					Respectfully submitted,

*David F. Chappell*
David F. Chappell
Texas State Bar No. 04141000
Scott A. Fredricks
Texas State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
Telephone: (817) 877-2800
Fax: (817) 877-2807

Michael A. Jacobs (*pro hac vice*)
D. Anthony Rodriguez (*pro hac vice*)
Brooks M. Beard (*pro hac vice*)
Lynn M. Humphreys (*pro hac vice*)
Daniel P. Muino (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Defendants
YAHOO! INC. and OVERTURE
SERVICES, INC. d/b/a YAHOO!
SEARCH MARKETING

## CERTIFICATE OF CONFERENCE

I certify that counsel for Defendants and counsel for Plaintiff have conferred regarding the relief sought in this motion, and counsel for Plaintiff has indicated that Plaintiff is unopposed.

_____
David F. Chappell

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true copy of the foregoing document has been served on counsel of record as follows:

Dee J. Kelly                              *Via Hand Delivery*
Dee J. Kelly, Jr.
Lars L. Berg
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Frederick Brown                           *Via First Class Mail*
George A. Nicoud III
Jason Stavers
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104

Howard S. Hogan                           *Via First Class Mail*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Dated: September 14, 2009

_____
David F. Chappell