

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

SEP 16 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:08-CV-626-A |
| | § | |
| YAHOO! INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

O R D E R

Came on for consideration in the above-captioned action the
motion of defendants, Yahoo! Inc. and Overture Services, Inc.,
d/b/a Yahoo! Search Marketing (collectively "defendants"), for
leave to file a first amended answer to the complaint of
plaintiff, American Airlines, Inc. ("plaintiff"), which was filed
on October 17, 2008. On September 15, 2009, this court granted
leave to plaintiff to file an amended complaint and accepted
plaintiff's amended complaint for filing. Therefore, the court
concludes that the defendants' motion is now moot. Per Federal
Rule of Civil Procedure 15(a)(3), defendants have until September
30, 2009, to respond to plaintiff's amended complaint. Therefore,

The court ORDERS that defendants' motion for leave to file a
first amended answer be, and is hereby, denied as moot.

SIGNED September 16, 2009.

_____
JOHN McBRYDE
United States District Judge