U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 29 2009
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:08-CV-626-A |
| | § | |
| YAHOO! INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

ORDER

The court has concluded that plaintiff, American Airlines, Inc., should file a response to the motion of Papa Wolf LLC d/b/a Frequentflyerdepot.com for protective order by 10:00 a.m. on September 30, 2009. At the same time, plaintiff should file a document giving a detailed explanation as to why plaintiff's counsel did not timely respond to the September 24, 2009, letter from J. Michael Weston to Scott R. Wiehle. The failure to make timely response to that letter would appear to the court to be a violation of the principles established by <u>Dondi Properties Corp. v. Commerce Saving & Loan Ass'n</u>, 121 F.R.D. 284 (N.D. Tex. 1988).

THE COURT SO ORDERS.

SIGNED September 29, 2009.

_____
JOHN McBRYDE
United States District Judge