


UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC. | § | |
| | § | |
| vs. | § | CASE NO. 4:08-CV-626-A |
| | § | |
| YAHOO!, INC. | § | |

## MOTION TO WITHDRAW MOTION
## FOR PROTECTIVE ORDER

Papa Wolf LLC d/b/a Frequentflyerdepot.com hereby requests to withdraw its Motion for Protective Order and would show the Court as follows:

1. Papa Wolf LLC d/b/a Frequentflyerdepot.com was served with a subpoena in a civil trial case for a deposition on October 1, 2009.

2. On September 29, 2009, Papa Wolf LLC d/b/a Frequentflyerdepot.com filed its Motion for Protective Order with the Court. Upon receipt of the Motion, the Court ordered American Airlines, Inc. to file a response to the Motion.

3. Counsel for American Airlines contacted counsel for Papa Wolf LLC d/b/a Frequentflyerdepot.com and came to an agreement whereby American Airlines agreed that Papa Wolf LLC d/b/a Frequentflyerdepot.com was not required to attend the scheduled deposition. This agreement is memorialized by a letter from Lars Berg to J. Michael Weston, which is attached hereto as Exhibit "A".

4. Pursuant to this agreement, Papa Wolf LLC d/b/a Frequentflyerdepot.com requests that the Court allow Papa Wolf LLC d/b/a Frequentflyerdepot.com to withdraw its Motion for Protective Order

WHEREFORE, Papa Wolf LLC d/b/a Frequentflyerdepot.com requests that the Court allow Papa Wolf LLC d/b/a Frequentflyerdepot.com to withdraw its Motion for Protective Order and such other and further relief as to which it may be entitled.

Respectfully submitted,

*/s/ J. Michael Weston*

J. Michael Weston
BENNETT, WESTON, LaJONE & TURNER, P.C.
TBN: 21232100
1750 Valley View Lane, Suite 120
Dallas, TX 75234
Telephone: 214-373-2569
Facsimile: 214-393-4062

## CERTIFICATE OF CONFERENCE

The undersigned certifies that on September 29, 2009, counsel for American Airlines contacted him to resolve this matter. The letter memorializing those conversations is attached hereto as Exhibit "A".

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the Motion to Withdraw Protective Order was served on counsel for plaintiff on this 30th day of September 2009.

# Kelly Hart & Hallman LLP

201 Main Street, Suite 2500
Fort Worth, Texas 76102

Telephone: (817) 332-2500
Telecopy: (817) 878-9280
Writer's Direct Dial: (817) 878-3524
Email Address: lars.berg@khh.com

301 Congress, Suite 2000
Austin, Texas 78701
1000 Louisiana, Suite 4700
Houston, Texas 77002

September 29, 2009

*Via Fax (214) 691-1776*

J. Michael Weston
BENNETT WESTON LAJONE & TURNER PC
1750 Valley View Lane, Suite 120
Dallas, Texas 75234

    Re:    Civil Action No. 4-08-8CV-626-A; *American Airlines, Inc. vs. Yahoo! Inc. and Overture Services, Inc. d/b/a Yahoo Search Marketing*

Dear Mr. Weston:

    Thank you for discussing with me earlier today the subpoena served on your client, Papa Wolf LLC d/b/a FrequentFlyerdepot.com, by American and the Motion for Protective Order you filed on September 29, 2009. Based on the representations in your September 24, 2009 letter and our telephone conversation on September 29, 2009, I understand that Papa Wolf does not have any documents responsive to the subpoena. Accordingly, Papa Wolf need not respond further to the subpoena. Thus, Papa Wolf is released from any obligation under the subpoena to appear and produce documents on October 1, 2009.

    I understand from our conversation that this letter provides sufficient basis for you to withdraw the Motion for Protective Order filed on behalf of Papa Wolf and that you will do so on September 30, 2009.

    Thank you for your cooperation in resolving this matter.

                             Very truly yours,

                             Lars L. Berg

1081884_1

# BENNETT, WESTON, LaJONE & TURNER, P.C.
## Attorneys and Counselors at Law
### 1750 Valley View Lane, Suite 120
### Dallas, Texas 75234
### 214.691.1776
### FAX 214.373.6810

jmweston@bennettweston.com                                    Extension 262

September 29, 2009



Court Clerk
US Federal District Court
Northern District Of Texas
Fort Worth Division
501 W. 10th Street, Room 401
Fort Worth, Texas 76102-3673

RE:   *American Airlines, Inc. v. Yahoo!, Inc.*; Case No. 4:08-CV-626-A

Dear Clerk:

Enclosed please find the original and two copies of Papa Wolf, LLC d/b/a Frequentflerydepot.com's Motion to Withdraw its Motion for Protective Order to be filed in the above styled action.

Yours very truly,

J. Michael Weston