U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

OCT - 2 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC. | § | |
| | § | |
| vs. | § | CASE NO. 4:08-CV-626-A |
| | § | |
| YAHOO!, INC. | § | |

## ORDER ON MOTION TO WITHDRAW
## MOTION FOR PROTECTIVE ORDER

Came on to be considered Papa Wolf LLC d/b/a Frequentflyerdepot.com's

Motion to Withdraw its Motion for Protective Order and the Court being of the opinion

that the Motion should be granted, it is therefore

ORDERED that Papa Wolf LLC d/b/a Frequentflyerdepot.com's Motion to

Withdraw its Motion for Protective Order shall be withdrawn.

Signed this _____ day of _____Oct._____, 2009.

_____
UNITED STATES DISTRICT JUDGE