

CTJ/RMT
WD
ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

DROP BOX
OCT - 7 2009
8.20

CLERK, U.S. DISTRICT COURT

By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,

        Plaintiff,

-v.-

YAHOO! INC. and OVERTURE SERVICES,
INC. d/b/a YAHOO! SEARCH
MARKETING,

        Defendants.

Case No. 4:08-CV-626-A

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Yahoo! Inc. and Overture Services, Inc., d/b/a Yahoo! Search Marketing (together, "Yahoo!"), move for summary judgment and pursuant to Local Rule 56.3 state as follows:

## I.
## SUMMARY

Plaintiff American Airlines, Inc. ("American"), asserted 11 causes of action in its First Amended Complaint. Yahoo! moves for summary judgment on all 11 causes of action: (1) Direct Infringement under the Lanham Act; (2) Indirect Infringement under the Lanham Act; (3) Vicarious Trademark Infringement under the Lanham Act; (4) False Representations under the Lanham Act; (5) Dilution under the Lanham Act; (6) Trademark Infringement under Texas law; (7) Trademark Dilution under Texas law; (8) Unfair Competition under Texas law; (9) Misappropriation under Texas law; (10) Tortious Interference of an Existing Contract under Texas law; and (11) Money had and Received under Texas law. Yahoo! more specifically identifies in its brief each element of each claim on which it seeks summary judgment.

Dockets.Justia.com

Yahoo! also moves for summary judgment on its affirmative defenses that: (1) American's claims are barred by the doctrine of nominative fair use; (2) Yahoo!'s conduct is protected by the Lanham Act's Safe Harbor; and, (3) American acquiesced in the keyword bidding practices of its marketing partners. Yahoo! more particularly describes in its brief each of the affirmative defenses on which it seeks summary judgment.

Finally, Yahoo! also moves for summary judgment on the ground that American's lost profits claim fails for lack of causation and relies on assumptions that are factually unsupported.

## II.
## LEGAL AND FACTUAL GROUNDS ON WHICH YAHOO! RELIES

The legal and factual grounds on which Yahoo! relies are set forth in detail in Yahoo!'s brief.

## III.
## APPENDIX

Yahoo!'s motion and brief are supported and accompanied by an appendix containing the evidence on which Yahoo! relies. The brief cites to the appendix for each assertion made by Yahoo! concerning the evidence that supports summary judgment.

## IV,
## PRAYER

Yahoo! respectfully requests that the Court grant summary judgment in Yahoo!'s favor.

Respectfully submitted,

David F. Chappell
Texas State Bar No. 04141000
Scott A. Fredricks
Texas State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
Telephone: (817) 877-2800
Fax: (817) 877-2807

Michael A. Jacobs (*pro hac vice*)
Lynn M. Humphreys (*pro hac vice*)
Daniel P. Muino (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Defendants
YAHOO! INC. and OVERTURE SERVICES,
INC. d/b/a YAHOO! SEARCH MARKETING

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Defendants' counsel, as indicated below, on the ___7___ day of October 2009:

Dee J. Kelly                                    *Via Hand Delivery & Email*
Dee J. Kelly, Jr.
Lars L. Berg
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102

Frederick Brown                                 *Via Federal Express & Email*
George A. Nicoud III
Jason Stavers
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104

Howard S. Hogan                                 *Via Federal Express & Email*
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036


_David F. Chappell_