

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

MINUTE ORDER - TELEPHONE CONFERENCE

JUDGE : McBryde
LAW CLERK: Taylor Brinkman
COURT REPORTER: Eileen Brewer

Case No.: 4:08-CV-626-A, *American Airlines, Inc. v. Yahoo! Inc., et al.*

Date Held: October 9, 2009

Time:     2:30 p.m. - 2:35 p.m.

Present for the Plaintiff: Lars Berg, Scott Wheatley, Fred Brown, Dee Kelly

Present for the Defendants: Anthony Rodriguez, Scott Fredericks, David Munio, David Chappell

## OTHER INFORMATION:

- Court will strike all appendices that have been redacted, and wants parties to file additional copies of unredacted appendices
- Court will issue order explaining what exactly the parties are to do