

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC., §
 §
    Plaintiff, §
 §
VS. § NO. 4:08-CV-626-A
 §
YAHOO! INC., ET AL., §
 §
    Defendants. §

### ORDER

    Came on for consideration the application of ALISON M. TUCHER ("Tucher") for admission pro hac vice in the above-captioned action. The court finds that the application should be granted. Therefore,

    The court ORDERS that Tucher's application for admission pro hac vice be, and is hereby, granted, and that Tucher be, and is hereby, granted leave to appear pro hac vice, along with local counsel, on behalf of defendants, Yahoo! Inc. and Overture Services, Inc., d/b/a Yahoo! Search Marketing, in this action. The court directs the clerk of the court to deposit the application fee into the account of the Non-Appropriated Fund of this court.

    SIGNED October 13, 2009.

JOHN MCBRYDE
United States District Judge