American Airlines, Inc. v. Yahoo! Inc. et al — Doc. 131

A w/o
ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2009 OCT 27 PM 3: 17

CLERK OF COURT

| | |
|---|---|
| AMERICAN AIRLINES, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> YAHOO! INC., and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING, <br><br> Defendants. | No. 4-08-CV-626-A |

## EMERGENCY JOINT MOTION EXTENDING DEADLINES

Plaintiff, American Airlines, Inc., and Defendants, Yahoo! Inc. and Overture Services, Inc. d/b/a Yahoo! Search Marketing, respectfully request that the Court extend until Monday, November 2, 2009, the deadlines to file any of the following documents that a party wishes to file:

1. Plaintiff's Response to Defendants' Motion for Summary Judgment;

2. Defendants' Response to Plaintiff's Motion for Partial Summary Judgment; and,

3. Plaintiff's Reply Relative to its Motions for Sanctions.

This short extension is sought not for improper delay, but so that the parties can make these filings in accordance with the directions provided in the Court's October 26, 2009 Order and pursuant to the terms of their Confidentiality Agreement. Although the parties agree to extend the filing deadlines, they further agree that service of these documents (and any

---

EMERGENCY JOINT MOTION EXTENDING DEADLINES PAGE 1
1088350

Dockets.Justia.com

associated appendix) will occur on the original filing deadline and the reply briefing schedule will be based on the original filing deadline.

The parties further respectfully request that the Court consider this motion on an expedited basis.

Respectfully submitted,

_____
Dee J. Kelly
State Bar No. 11217000
Dee J. Kelly, Jr.
State Bar No. 11217250
Lars L. Berg
State Bar No. 00787072
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500 - phone
(817) 878-9280 - fax

Frederick Brown (admitted *pro hac vice*)
George A. Nicoud III
State Bar No. 15017875
Jason Stavers (admitted *pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
(415) 393-8204 – phone
(415) 374-8420 – fax

Howard S. Hogan (admitted *pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 887-3640 – phone
(202) 530-9550 – fax

**ATTORNEYS FOR PLAINTIFF**

_____
David F. Chappell
State Bar No. 04141000
Scott A. Fredricks
State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
(817) 877-2800 – phone
(817) 877-2807 – fax

Michael A. Jacobs (admitted *pro hac vice*)
Lynn M. Humphreys (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 - phone
(415) 268-7522 - fax

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

Counsel for American and counsel for Yahoo! have conferred with one another regarding the relief sought in this motion and agreed to the relief sought.

Lars L. Berg

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Defendants' counsel, via hand delivery or fax, on the 27th day of October, 2009:

David F. Chappell
Scott A. Fredricks
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102

Michael A. Jacobs
Lynn M. Humphreys
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482

Lars L. Berg