IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED

    OCT 27 2009

CLERK, U.S. DISTRICT COURT
By _____
          Deputy
```

AMERICAN AIRLINES, INC.,

               Plaintiff,

   -v.-

YAHOO! INC., and OVERTURE SERVICES, INC.
d/b/a YAHOO! SEARCH MARKETING,

               Defendants.

No.  4-08-CV-626-A

## ORDER

Came on to be considered in the above-styled and numbered action the parties' Emergency Joint Motion Extending Deadlines. The court finds that such motion should be granted. Therefore,

The court orders that the parties file the following documents, if they choose to make such a filing, by 4:00 p.m. on Monday, November 2, 2009:

1. Plaintiff's Response to Defendants' Motion for Summary Judgment;

2. Defendants' Response to Plaintiff's Motion for Partial Summary Judgment; and,

3. Plaintiff's Reply Relative to its Motions for Sanctions.

SIGNED this 27 day of Oct_____, 2009.

                                                        _____
                              John McBryde
                              United States District Judge

Dockets.Justia.com

**AGREED:**


_(signature)_

Dee J. Kelly
State Bar No. 11217000
Dee J. Kelly, Jr.
State Bar No. 11217250
Lars L. Berg
State Bar No. 00787072
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500 - phone
(817) 878-9280 - fax

Frederick Brown (admitted *pro hac vice*)
George A. Nicoud III
State Bar No. 15017875
Jason Stavers (admitted *pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
(415) 393-8204 – phone
(415) 374-8420 – fax

Howard S. Hogan (admitted *pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 887-3640 – phone
(202) 530-9550 – fax

**ATTORNEYS FOR PLAINTIFF**


_(signature)_

David F. Chappell
State Bar No. 04141000
Scott A. Fredricks
State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
(817) 877-2800 – phone
(817) 877-2807 – fax

Michael A. Jacobs (admitted *pro hac vice*)
Lynn M. Humphreys (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 - phone
(415) 268-7522 - fax

**ATTORNEYS FOR DEFENDANTS**