


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> YAHOO! INC. and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING, <br><br> Defendants. | Case No. 4:08-CV-626-A |

### JOINT MOTION REGARDING BRIEFING SCHEDULE ON *DAUBERT* MOTIONS

Defendants Yahoo! Inc. and Overture Services, Inc., d/b/a Yahoo! Search Marketing ("Yahoo!"), and Plaintiff American Airlines ("American"), collectively referred to as the "Parties," submit this joint motion regarding the briefing schedule for the *Daubert* motions that the parties intend to file. In support of this joint motion, the Parties state as follows:

1. Under the Court's scheduling order, the last date to file *Daubert* motions is Friday, November 6, 2009.

2. Prior to filing the *Daubert* Motions, the parties desire to complete the deposition of American's expert, Dr. Basil Englis and complete some additional discovery concerning Yahoo's expert, Dr. Isabella Cunningham.

3. The Parties have worked together to complete these activities and have agreed that Yahoo! may depose Dr. Englis on November 6, 2009.

4. In light of the above, the Parties respectfully request that the Court enter an order with the following content:

sf-2761071

1

a. extending the date by which the parties must file their *Daubert* motions from Friday, November 6, 2009, to Tuesday, November 10, 2009;

b. keeping as November 25, 2009, the date by which the parties must file any opposition to the other sides' respective *Daubert* motions (the same date such oppositions would have been due under the Court's original schedule);

c. keeping as December 10, 2009, the date by which the parties must file their *Daubert* motion reply briefs, if any.

5. Under this proposed schedule, the *Daubert* motions will be fully briefed by the same date they would have been fully briefed had the *Daubert* motions been filed on November 6, 2009.

For the foregoing reasons, the Parties jointly and respectfully move the Court to order that (a) the parties may file their *Daubert* motions on or before November 10, 2009; (b) the parties' oppositions to each other's *Daubert* motions shall be filed on or before November 25, 2009; and (d) the parties' replies in support of their respective *Daubert* motions shall be filed on or before December 10, 2009.

Dated: November 3, 2009

*[signature]*

Dee J. Kelly
State Bar No. 11217000
Dee J. Kelly, Jr.
State Bar No. 11217250
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Telephone: (817) 332-2500
Fax: (817) 878-9280

Frederick Brown (admitted *pro hac vice*)
George A. Nicoud III
State Bar No. 15017875
Jason Stavers (admitted *pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone: (415) 393-8204
Fax: (415) 374-8420

Howard S. Hogan (admitted *pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-3640
Fax: (202) 530-9550

Attorneys for Plaintiff
AMERICAN AIRLINES, INC.

Respectfully submitted,

*[signature]*

David F. Chappell
Texas State Bar No. 04141000
Scott A. Fredricks
Texas State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
Telephone: (817) 877-2800
Fax: (817) 877-2807

Michael A. Jacobs (admitted *pro hac vice*)
D. Anthony Rodriguez (admitted *pro hac vice*)
Lynn M. Humphreys (admitted *pro hac vice*)
Daniel P. Muino (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Defendants
YAHOO! INC. and OVERTURE SERVICES,
INC. d/b/a YAHOO! SEARCH MARKETING

## CERTIFICATE OF CONFERENCE

Counsel for American and Counsel for Yahoo! have conferred with one another regarding the relief sought in this motion and agreed to the relief sought.

_____
Scott Fredricks

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served, via electronic delivery, on the 3nd day of November, 2009:

Frederick Brown
Jason B. Stavers
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Email: fbrown@gibsondunn.com
jstavers@gibsondunn.com

Howard S. Hogan
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Email: hhogan@gibsondunn.com

Dee J. Kelly
Dee J. Kelly, Jr.
Lars L. Berg
Kelly Hart & Hallman LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Emails: dee.kelly.2@khh.com
lars.berg@khh.com

_____
Scott Fredricks

sf-2761071