IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., § | |
| Plaintiff, § | |
| V. § | Civil Action No. 4-08CV-626-A |
| YAHOO! INC., and § | |
| OVERTURE SERVICES, INC. d/b/a § | |
| YAHOO! SEARCH MARKETING, § | |
| Defendants. § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 9 2009
CLERK, U.S. DISTRICT COURT
By _____
Deputy

## ORDER

Came on to be considered in the above-styled and numbered action Defendants' Unopposed Motion For Leave To File Documents Under Seal. The Court, having considered the motion, finds that the following order should be rendered. Therefore,

The Court orders that the Clerk of Court shall file the following items among the papers of this case under seal: (1) Plaintiff American Airlines, Inc.'s Memorandum of Law in Opposition to Defendant Yahoo! Inc.'s Motion for Summary Judgment; (2) Plaintiff's Sealed Appendix In Support of Its Memorandum of Law in Opposition to Defendant Yahoo! Inc.'s Motion for Summary Judgment; (3) Plaintiff's Sealed Appendix Supporting Plaintiff's Reply Brief Relative to its Motion for Sanctions; and (4) Defendants' Supplemental Appendix in Support of Defendants' Response and Brief in Opposition to Plaintiff's Motion for Partial Summary Judgment. *To be filed with November 3, 2009, filing date.*

SIGNED this 9th day of November, 2009.

JOHN McBRYDE
United States District Judge

AGREED:

_____
David F. Chappell
Scott A. Fredricks
*Counsel for Defendants Yahoo! Inc.,
And Overture Services, Inc. d/b/a Yahoo!
Search Marketing*

_____
Dee J. Kelly, Jr.
Lars L. Berg
*Counsel for Plaintiff American Airlines, Inc.*