American Airlines, Inc. v. Yahoo! Inc. et al                                                                                                              Doc. 166

CTJ/RMT
ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DROP BOX
NOV - 6 2009
11:33
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| Plaintiff, | § § § | |
| V. | § § | Civil Action No. 4-08-CV-626-A |
| YAHOO! INC., and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING, | § § § § | |
| Defendants. | § | |

### APPENDIX IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF RONALD C. GOODSTEIN

| EXHIBIT | DOCUMENT | PAGE |
|---|---|---|
| A | Expert Report of Ronald C. Goodstein, dated August 17, 2009 | 03 |
| B | Plaintiff production document AAY-000627637 | 74 |

sf-2762269

Goodstein App. 01

Dockets.Justia.com

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a true copy of the foregoing document has been served on counsel of record as follows:

| | |
|---|---|
| Dee J. Kelly<br>Dee J. Kelly, Jr.<br>Lars L. Berg<br>Kelly Hart & Hallman, LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102 | *Via Hand Delivery* |
| Frederick Brown<br>Jason Stavers<br>Gibson, Dunn & Crutcher LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105 | *Via FedEx* |
| Howard S. Hogan<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036 | *Via FedEx* |

Date: November 6, 2009

_____
Scott A. Fredricks

A

# EXHIBIT A

**Highly Confidential
Access Limited by Confidentiality Agreement**

**Submitted in Proposed Supplemental Appendix Filed With
Defendants' Second Unopposed Motion For Leave To
File Documents Under Seal Filed on November 6, 2009**

B

```
Response Requested: Y    File Name : 02200003.WEB         Time Sent: 07:54

AADVANTAGE Nbr: ████████ AADVANTAGE Level:

Customer Name  : Mr. John N. Deamos

Company Name   :
Addr Line 1    : ████████████████
Addr Line 2    :
City           : ██████
State          : ██               Zip/Postal: ██████
Province       :                  Country   :

Business Phone: 000█████████       Extension : 0000000000
Home Phone    : 000000000000000    Fax Phone : 000000000000000

Email Address : ████████████████

PNR Locator#  : ██████
Flt Carrier   : AA        Ticket # : 0000000000000    BMAS Locator#:
Flt Date      : 06/05/07  Orig     : AUSTIN
Flt Nbr       : 00684     Dest     : SACRAMENTO

Subject       : 2 COMPLAINT   Code : 9081 Airline policies/proced-2
```

Message :
I arrived at AUS at 6:30 AM for a 7:45 AM flight to Sacramento, CA through DFW. Flight 1103 to DFW was shown as delayed and the counterperson told me that my flight to Sacramento had been cancelled, too. She was unable to find another airline to get me to Sacramento before my scheduled meeting time and I cancelled the reservation. My complaint is that AA did not notify me about the flight delay until 7:15 AM for a 7:45 AM flight| AA almost never notifies me about delays, even though I put a request in my profile. AA "rewards" people for booking directly with them but ORBITZ (your partner) always notifies me about delays at least 2-3 hours before departure. Why can't you notify me before ORBITZ does? And why do you funnel me through DFW on flights to major cities in the West? DFW has more delays & cancellations than anywhere else I fly| I'm not a big SWA fan but at least they treat me (an AA Platinum member) better. Because of the flight #1103 cancellation, It cost $236.51 to cancel the Sacramento hotel reservation for that day. I could be a Platinum Plus member but going through DFW has become unacceptable|

Browser Information: AOL-MSIE-70.112.152.175

HIGHLY CONFIDENTIAL - Outside Counsel Only

AAY-000627637
Goodstein App. 74