American Airlines, Inc. v. Yahoo! Inc. et al

Doc. 168



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST OF TX
FT. WORTH DIVISION

2009 NOV -6 PM 4:03

CLERK OF COURT

| | |
|---|---|
| AMERICAN AIRLINES, INC.,<br><br>Plaintiff,<br><br>-v.-<br><br>YAHOO! INC., and OVERTURE SERVICES, INC.<br>d/b/a YAHOO! SEARCH MARKETING,<br><br>Defendants. | No. 4-08-CV-626-A |

### PLAINTIFF'S MOTION TO STRIKE DANIEL J. SLOTTJE AS EXPERT

Plaintiff, American Airlines, Inc. ("American"), moves to strike Daniel J. Slottje as an expert in this case, and respectfully shows the Court as follows:

### I.
### SUMMARY

After this Court denied Yahoo's request for leave to designate rebuttal experts in this case, Yahoo designated Daniel J. Slottje as an expert witness. On August 17, 2009, Yahoo served American with the Expert Report of Daniel J. Slottje (the "Slottje Report"). The Slottje Report reflects that Slottje is, in fact, designated solely to provide rebuttal testimony. Because the Slottje Report is inadequate under FED. R. CIV. P. 26(a)(2) and this Court's order dated March 13, 2009, Slottje should be stricken as an expert in this case.

### II.
### LEGAL AND FACTUAL GROUNDS
### ON WHICH AMERICAN RELIES

The legal and/or factual grounds on which American relies are set forth in detail in American's brief.

## III.
## APPENDIX

American's motion and brief are accompanied by an appendix containing the evidence upon which American relies. The brief contains cites to the appendix for each assertion made by American concerning the items contained in the appendix.

## IV.
## PRAYER

American respectfully requests that the Court grant its motion to strike Daniel J. Slottje as an expert in this case.

Respectfully submitted,

_____
Dee J. Kelly
State Bar No. 11217000
Dee J. Kelly, Jr.
State Bar No. 11217250
Lars L. Berg
State Bar No. 00787072
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500 - phone
(817) 878-9280 - fax

Frederick Brown (admitted *pro hac vice*)
George A. Nicoud III
State Bar No. 15017875
Jason Stavers (admitted *pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
(415) 393-8204 – phone
(415) 374-8420 – fax

Howard S. Hogan (admitted *pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 887-3640 – phone
(202) 530-9550 – fax

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Defendants' counsel on the 6th day of November, 2009:

*Via Hand Delivery*
David F. Chappell
Scott A. Fredricks
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102

*Via Overnight Delivery*
Michael A. Jacobs
Lynn M. Humphreys
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482

_____
Dee J. Kelly, Jr.

## CERTIFICATE OF CONFERENCE

I certify that counsel for American conferred with counsel for Defendants, but agreement as to the relief requested in this motion was not reached. Therefore, it is presented to the Court for determination.

_____
Dee J. Kelly, Jr.