

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC., <br><br> Plaintiff, <br><br> -v.- <br><br> YAHOO! INC. and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING, <br><br> Defendants. | No. 4:08-CV-626-A |

### APPENDIX IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE DANIEL J. SLOTTJE AS EXPERT

Frederick Brown (admitted *pro hac vice*)
Jason Stavers (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Phone: (415) 393-8200
Fax: (415) 986-5309

Howard S. Hogan (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 467-0539

Dee J. Kelly
State Bar No. 11217000
Dee J. Kelly, Jr.
State Bar No. 11217250
Lars L. Berg
State Bar No. 00787072
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Phone: (817) 332-2500
Fax: (817) 878-9280

*Attorneys for Plaintiff American Airlines, Inc.*

American Airlines, Inc. respectfully submits this appendix in support of its Motion to Strike Daniel J. Slottje as Expert, pursuant Local Rule 7.1(i):

| Exhibits | Pages | Description |
|---|---|---|
| A | App. 1-23 | Report of Daniel J. Slottje without exhibits |

November 6, 2009

Respectfully submitted,

_____
Dee J. Kelly (State Bar No. 11217000)
Dee J. Kelly, Jr. (State Bar No. 11217250)
Lars L. Berg (State Bar No. 00787072)
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
Phone: (817) 332-2500
Fax: (817) 878-9280

Frederick Brown (admitted pro hac vice)
Jason B. Stavers (admitted pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Phone: (415) 393-8200
Fax: (415) 986-5309

Howard S. Hogan (admitted pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 467-0539

*Attorneys for Plaintiff American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on November 6, 2009 to Defendant's counsel, as follows, in accordance with the Federal Rules of Civil Procedure:

| | |
|---|---|
| David F. Chappell<br>Scott A. Fredricks<br>CANTEY HANGER LLP<br>Cantey Hanger Plaza<br>600 West Sixth Street, Suite 300<br>Fort Worth, Texas 76102<br>(via hand delivery) | Michael A. Jacobs<br>Lynn M. Humphreys<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105-2482<br>(via Federal Express) |

_____
Dee J. Kelly, Jr.