IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| AMERICAN AIRLINES, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | Civil Action No. 4-08-CV-626-A |
| § | |
| YAHOO! INC., and § | |
| OVERTURE SERVICES, INC. d/b/a § | |
| YAHOO! SEARCH MARKETING, § | |
| § | |
| Defendants. § | |

## ORDER

Came on to be considered in the above-styled and numbered action Defendants' Unopposed Motion for Leave to file a Sur-Reply to American Airlines' Reply to Yahoo!'s Response to Motion for Sanctions. The Court finds that the motion is well taken and should be granted. Therefore,

The Court orders that the Clerk of Court shall file Yahoo!'s Sur-Reply in Opposition to Motion for Sanctions, with attached Appendix, *with a filing date of November 3, 2009*.

SIGNED this 9 day of November 2009.

John McBryde
United States District Judge

AGREED:

_____
David F. Chappell
Scott A. Fredricks
*Counsel for Defendants Yahoo! Inc.,
And Overture Services, Inc. d/b/a Yahoo!
Search Marketing*

_____
Dee J. Kelly, Jr.
Lars L. Berg
*Counsel for Plaintiff American Airlines,
Inc.*