American Airlines, Inc. v. Yahoo! Inc. et al

Doc. 182



ORIGINAL Appendixes

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2009 NOV 12 PM 4:22

CLERK OF COURT

AMERICAN AIRLINES, INC.,

    Plaintiff,

-v.-

YAHOO! INC., and OVERTURE SERVICES, INC.
d/b/a YAHOO! SEARCH MARKETING,

    Defendants.

No. 4-08-CV-626-A

# JOINT MOTION TO SUBSTITUTE

Plaintiff, American Airlines, Inc. ("American") and Defendants, Yahoo! Inc. and Overture Services, Inc. d/b/a Yahoo! Search Marketing ("Yahoo!"), respectfully request that Dkt. Nos. 153-159 be stricken and substituted with the five volume set of documents referenced in the Court's November 2, 2009 Order and presented for filing with this Motion.

The Court's November 2, 2009 Order [Dkt. No. 146] referenced "two sets of documents (five volumes in each set), each titled 'Appendix in Support of Memorandum of Law in Opposition to Defendant Yahoo's Motion for Summary Judgment'" and requested that the parties inform the Court if these documents should be filed. In conjunction with the two volumes filed under seal pursuant to the Court's November 2nd Order [Dkt. Nos. 149-150], these five volumes constitute the entirety of American's appendix in support of its opposition to Yahoo's motion for summary judgment and need to be filed. The seven-volume appendix [Dkt. Nos. 153-159], which was not filed under seal, is duplicative of the five volumes the parties seek

to have filed by this motion, and contains confidential documents the Court has ordered filed under seal in its November 2, 2009 Order.

Accordingly, the parties respectfully request that the seven-volume appendix comprising Dkt. Nos. 153-159 be unfiled and stricken from the docket and that the five volumes submitted with this motion be filed in their place.

Respectfully submitted,

/s/ Dee J. Kelly

Dee J. Kelly
State Bar No. 11217000
Dee J. Kelly, Jr.
State Bar No. 11217250
Lars L. Berg
State Bar No. 00787072
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500 - phone
(817) 878-9280 - fax

Frederick Brown (admitted *pro hac vice*)
George A. Nicoud III
State Bar No. 15017875
Jason Stavers (admitted *pro hac vice*)
555 Mission Street, Suite 3000
San Francisco, CA 94105
Phone: (415) 393-8200
Fax: (415) 986-5309

Howard S. Hogan (admitted *pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 887-3640 – phone
(202) 530-9550 – fax

**ATTORNEYS FOR PLAINTIFF**

/s/ Scott Fredricks

David F. Chappell
State Bar No. 04141000
Scott A. Fredricks
State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
(817) 877-2800 – phone
(817) 877-2807 – fax

Michael A. Jacobs (admitted *pro hac vice*)
Lynn M. Humphreys (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 - phone
(415) 268-7522 - fax

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Defendants' counsel, via fax, on the 12th day of November, 2009:

David F. Chappell
Scott A. Fredricks
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102

Michael A. Jacobs
Lynn M. Humphreys
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482

_____
Dee J. Kelly, Jr.