IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| AMERICAN AIRLINES, INC., | § |
| Plaintiff, | § |
| VS. | § NO. 4:08-CV-626-A |
| YAHOO!, INC., ET AL., | § |
| Defendants. | § |

ORDER

On November 12, 2009, plaintiff, American Airlines, Inc., filed a document entitled "Motion for Leave to Supplement the Record in Support of American's Motion for Sanctions for Failure to Produce and Preserve Documents and Brief in Support." The court has concluded that defendants should respond to such document. Therefore,

The court ORDERS that defendants, Yahoo! Inc. and Overture Services, Inc., d/b/a Yahoo! Search Marketing, file a response to the above-described motion by 2:00 p.m. on November 16, 2009.

SIGNED November 13, 2009.

JOHN McBRYDE
United States District Judge