American Airlines, Inc. v. Yahoo! Inc. et al

Doc. 189

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 16 2009
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:08-CV-626-A |
| | § | |
| YAHOO! INC. and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING, | § § § § | |
| | § | |
| Defendants. | § | |

ORDER

After having considered the relief sought by the document filed November 12, 2009, titled "Plaintiff American Airlines, Inc.'s Motion for Leave to Supplement the Record in Support of American's Motion for Sanctions for Failure to Produce and Preserve Documents and Brief in Support," and defendants' response thereto, the court has concluded that such motion should be denied, and it is hereby denied.

The court interprets defendants' response to say that plaintiff, through its counsel, failed to appropriately comply with the requirements that counsel confer relative to the merits of a motion before a motion is filed. The court is requiring plaintiff, through counsel, to respond thereto by 2:00 p.m. on November 19, 2009, including in the response full information

concerning any conference that was held between counsel in advance of, and relative to, the filing of such motion for leave to supplement. The appearance to the court is that, if counsel for plaintiff had appropriately conferred with counsel for defendants, plaintiff would not have filed such motion for leave and would not have required the court to devote its time and attention to the matter.

THE COURT SO ORDERS.

SIGNED November 16, 2009.

_____
JOHN McBRYDE
United States District Judge