IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| AMERICAN AIRLINES, INC., § § Plaintiff, § § VS. § § YAHOO! INC., ET AL., § § Defendants. § | NO. 4:08-CV-626-A |

O R D E R

On even date herewith, defendants, Yahoo! Inc. and Overture Services, Inc., d/b/a Yahoo! Search Marketing, filed a document entitled "Defendants' Motion to Compel and Brief in Support and Motion for Expedited Consideration." The court has concluded that plaintiff should respond to such document. Therefore,

The court ORDERS that plaintiff, American Airlines, Inc., file a response to the above-described motion by 2:00 p.m. on November 20, 2009.

SIGNED November 17, 2009.

_____
JOHN McBRYDE
United States District Judge