IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:08-CV-626-A |
| | § | |
| YAHOO! INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

ORDER

The court has concluded that the motion jointly filed by the parties on November 12, 2009, to strike certain documents and substitute other documents for the stricken ones should be granted. Therefore,

The court ORDERS that the seven-volume appendix filed as of November 2, 2009, by American Airlines, Inc., in opposition to the motion for summary judgment of defendant Yahoo! Inc. (shown on the docket of this case as items 153-159) be, and are hereby, stricken, and that the five-volume appendix titled "Appendix in Support of Memorandum of Law in Opposition to Defendant Yahoo!'s Motion for Summary Judgment" tendered with the joint motion to substitute be, and is hereby, ordered filed with a November 2, 2009, filing date.

The court advises the parties that the original and Chambers copy of the seven-volume set that is being ordered stricken will be disposed of by the clerk as the clerk sees fit if they have not been retrieved by counsel from the clerk's by 2:00 p.m. on November 19, 2009.

The court has been required to devote an inordinate amount of time to issues related to the filing by the parties of sealed or redacted documents. The court is not inclined to spend a significant amount of additional time on those subjects. The parties are reminded of the orders of the court dealing with the filing of documents under seal. They are to strictly comply with those orders as to any future attempt by a party to cause a document to be filed under seal.

THE COURT SO ORDERS.

SIGNED November 18, 2009.

_____
JOHN McBRYDE
United States District Judge