

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2009 NOV 19 AM 9: 51

CLERK OF COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

---

AMERICAN AIRLINES, INC.,

        Plaintiff,

-v.-

YAHOO! INC., and OVERTURE SERVICES, INC.
d/b/a YAHOO! SEARCH MARKETING,

        Defendants.

No. 4-08-CV-626-A

---

## JOINT MOTION REQUESTING RE-SETTING OF HEARING

Plaintiff, American Airlines, Inc. ("American"), and Defendants, Yahoo! Inc. and Overture Services, Inc. d/b/a Yahoo! Search Marketing (collectively "Yahoo!"), respectfully request that the Court re-set the court hearing currently set for 10:00 a.m. on Monday, November 23, 2009, so that the parties can conduct a mediation on that date. This mediation was being discussed by the parties for Monday, November 23, 2009, before the Court's November 18, 2009 order setting a hearing for November 23, 2009.

After the parties' November 13, 2009 face-to-face settlement meeting, they agreed to mediate this case on November 23, 2009, in San Francisco, California, with the Honorable Eugene F. Lynch (ret.) acting as the mediator. Judge Lynch was a United Stated District Court Judge for the Northern District of California from 1982 through 1997. He now acts as a mediator. Judge Lynch has agreed to mediate the dispute on Monday, November 23, 2009, if the Court allows the relief requested in this motion. Because of the upcoming deadlines in the Court's scheduling order and other activities occurring in the case at this moment, the parties

---

JOINT MOTION REQUESTING RESETTING OF HEARING           PAGE 1
1094751_1

believe that mediation on November 23rd has the greatest chance of success. Accordingly, the parties have gone to great lengths to schedule the mediation so that lead counsel, appropriate client representatives, additional counsel, and the chosen mediator can all participate in person in San Francisco on November 23, 2009.

The parties request a one-week extension of the court hearing on American's motion for sanctions from 10:00 a.m. on Monday, November 23, 2009, to 10:00 a.m. on Monday, November 30, 2009. Additionally, the parties respectfully request that the deadline for filing the witness lists and exhibits lists contemplated by the Court's November 18, 2009 order be moved one week to Friday, November 27, 2009. Since that date is a Court holiday, the parties will exchange the lists on that day and will file them with the Court on Monday, November 30, 2009.

Respectfully submitted,

_signature_

Dee J. Kelly
State Bar No. 11217000
Dee J. Kelly, Jr.
State Bar No. 11217250
Lars L. Berg
State Bar No. 00787072
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, Texas 76102
(817) 332-2500 - phone
(817) 878-9280 - fax

Frederick Brown (admitted *pro hac vice*)
George A. Nicoud III
State Bar No. 15017875
Jason Stavers (admitted *pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
(415) 393-8204 – phone
(415) 374-8420 – fax


Howard S. Hogan (admitted *pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 887-3640 – phone
(202) 530-9550 – fax

**ATTORNEYS FOR PLAINTIFF**

_signature_

David F. Chappell
State Bar No. 04141000
Scott A. Fredricks
State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
(817) 877-2800 – phone
(817) 877-2807 – fax

Michael A. Jacobs (admitted *pro hac vice*)
Lynn M. Humphreys (admitted *pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000 - phone
(415) 268-7522 - fax

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF CONFERENCE

Counsel for American and counsel for Yahoo! have conferred with one another regarding the relief sought in this motion and agreed to the relief sought.

_____
Lars L. Berg

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Defendants' counsel, via fax, on the 19th of November, 2009:

David F. Chappell
Scott A. Fredricks
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102

Michael A. Jacobs
Lynn M. Humphreys
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482

_____
Lars L. Berg