American Airlines, Inc. v. Yahoo! Inc. et al — Doc. 203

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



AMERICAN AIRLINES, INC.,

        Plaintiff,

-v.-

YAHOO! INC., and OVERTURE SERVICES, INC.
d/b/a YAHOO! SEARCH MARKETING,

        Defendants.

No. 4-08-CV-626-A

### ORDER

Came on to be considered in the above-styled and numbered action the parties' Joint Motion Requesting Re-Setting of Hearing. The Court finds that such motion should be granted. Therefore, the court ORDERS that:

(i)     the Joint Motion Requesting Re-Setting of Hearing be, and is hereby, granted;

(ii)     the hearing set for 10:00 a.m. on Monday, November 23, 2009 be, and is hereby, re-set to commence at 10:00 a.m. on Monday, November 30, 2009;

(ii)     the deadline to file the exhibit lists and witness lists contemplated by the court's November 18, 2009 order be, and is hereby, modified to require an exchange at 2:00 p.m. on November 27, 2009, and filing at ~~9:00 a.m.~~ 2:00 P.M. on ~~Monday,~~ Wed., November ~~30~~ 25, 2009; and

(iii)     the parties comply with all aspects of the Court's November 18, 2009 order in accordance with the new dates in this order.

SIGNED November 19, 2009.

John McBryde
United States District Judge

AGREED ORDER                                                     Page 1
1094757_1

Dockets.Justia.com

AGREED:

_____  _____
David F. Chappell                 Dee J. Kelly, Jr.
Scott A. Fredricks                Lars L. Berg

*Counsel for Defendants Yahoo! Inc.,*    *Counsel for Plaintiff American Airlines, Inc.*
*And Overture Services, Inc. d/b/a Yahoo!*
*Search Marketing*