U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 19 2009
CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| Plaintiff, | § | |
| VS. | § | NO. 4:08-CV-626-A |
| YAHOO! INC., ET AL., | § | |
| Defendants. | § | |

ORDER

The court has concluded that plaintiff, American Airlines, Inc., should make expedited responses to the motions filed by defendants, Yahoo! Inc., and Overture Services, Inc., d/b/a Yahoo! Search Marketing, to exclude testimony of Basil G. Englis, Daniel L. Jackson, and Ronald C. Goodstein. Therefore,

The court ORDERS that plaintiff file a response to each such motion by 2:00 p.m. on November 25, 2009.

SIGNED November 19, 2009.

_____
JOHN McBRYDE
United States District Judge