U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 19 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| Plaintiff, | § § § | |
| VS. | § | NO. 4:08-CV-626-A |
| YAHOO! INC., ET AL., | § § § | |
| Defendants. | § | |

ORDER ON MOTION TO STRIKE SLOTTJE

After having considered the motion filed by American Airlines, Inc., to strike Daniel J. Slottje ("Slottje") as expert, the court has concluded that such motion should be denied. Of course, Slottje will be limited in his trial testimony to the opinions he provides in his report unless the court, in advance of trial, authorizes a supplementation of the report based on Slottje's review of the anticipated report of Daniel L. Jackson. Therefore,

The court ORDERS that such motion be, and is hereby, denied.

SIGNED November 19, 2009.

_____
JOHN McBRYDE
United States District Judge