IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:08-CV-626-A |
| | § | |
| YAHOO! INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

ORDER ON MOTION TO COMPEL

After having considered the motion filed by defendants, Yahoo! Inc. and Overture Services, Inc., d/b/a Yahoo! Search Marketing, on November 16, 2009, to compel, and the opposition of plaintiff, American Airlines, Inc., to such motion, the court has concluded that such motion should be denied. Therefore,

The court ORDERS that such motion be, and is hereby, denied.

SIGNED November 20, 2009.

JOHN McBRYDE
United States District Judge

American Airlines, Inc. v. Yahoo! Inc. et al    Doc. 211

Dockets.Justia.com