IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| AMERICAN AIRLINES, INC., | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| VS. | § | NO. 4:08-CV-626-A |
| YAHOO! INC., ET AL., | § | |
| Defendants. | § | |

## CORRECTED ORDER

(This order corrects and replaces an order the court signed earlier on the date of the signing of this order.)

The court has determined that a telephone conference/hearing should be held between the court and lead counsel for each party for the purpose of discussing hearing procedures, the status of the parties' settlement negotiations, and other matters as appropriate. Therefore,

The court ORDERS that lead counsel for each party be present at a telephone conference/hearing at 3:00 p.m. on November 25, 2009.

The court further ORDERS that counsel for plaintiff is responsible for organizing the telephone conference/hearing via a third-party provider, with instructions to that provider to contact the court last, once all counsel are present, at (817) 850-6654.

SIGNED November 23, 2009.

JOHN McBRYDE
United States District Judge