

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

AMERICAN AIRLINES, INC.,

    Plaintiff,

-v.-

YAHOO! INC., and OVERTURE SERVICES, INC.
d/b/a YAHOO! SEARCH MARKETING,

    Defendants.

No. 4-08-8CV-626-A

## PLAINTIFF'S EXHIBIT LIST FOR NOVEMBER 30 HEARING ON MOTION FOR SANCTIONS

Pursuant to the Court's November 19, 2009 Order, Plaintiff files its Exhibit List for the November 30 hearing on Plaintiff's motion for sanctions.

| Exh. | Description | Offered | Admitted |
|---|---|---|---|
| 1. | Plaintiff's First Set of Requests for the Production of Documents (2/23/09) | | |
| 2. | Plaintiff's Second Set of Requests for the Production of Documents (5/7/09) | | |
| 3. | Defendants' Initial Disclosures (4/1/09) | | |
| 4. | Defendants' Responses to Plaintiffs' Second Set of Interrogatories (6/9/09) | | |
| 5. | Defendants' Supplemental Initial Disclosures (6/16/09) | | |
| 6. | Defendants' Supplemental Responses to Plaintiff's Interrogatories 8 and 9 (7/31/09) | | |
| 7. | American's Motion to Compel Discovery (7/13/09) | | |
| 8. | Email from R. Davis to G. Kennedy re tolling agreement and possible litigation between American Airlines and Yahoo (12/19/06) | | |
| 9. | Standstill Agreement between American Airlines and Yahoo (12/19/06) | | |
| 10. | Amendment to Standstill Agreement (5/14/07) | | |
| 11. | Amendment to Standstill Agreement (6/7/07) | | |

| | | | |
|---|---|---|---|
| 12. | Amendment to Standstill Agreement (8/20/07) | | |
| 13. | Amendment to Standstill Agreement (11/13/07) | | |
| 14. | Letter from Muino to Brown re litigation hold notices sent to Yahoo employees | | |
| 15. | Custodians Identified by Yahoo After 8-28-09 as Having Relevant Information | | |
| 16. | 18 Custodians Identified by Yahoo as Having Relevant Information | | |
| 17. | Junk Appendix in support of Plaintiff's Motion for Sanctions (Vol. 1) | | |
| 18. | Junk Appendix in support of Plaintiff's Motion for Sanctions (Vol. 2) | | |
| 19. | Supplemental appendix of post August 28 non-responsive documents | | |
| 20. | Email from B. Beard to F. Brown re designation of Catherine Cameron (10/6/09) | | |
| 21. | Supplemental Notice of Special Deposition pursuant to Rule 30(b)(6): Catherine Cameron (10/12/09) | | |
| 22. | Sixth Amended Notice of Deposition pursuant to Rule 30(b)(6): Carmen Arenal (10/12/06) | | |
| 23. | Motion for Sanctions Exhibit A: Example of Page and Ad Impressions | | |
| 24. | Motion for Sanctions Exhibit B: Production of Impressions Information | | |
| 25. | Preliminary Discovery Outline | | |
| 26. | Email from F. Brown to M. Jacobs and L. Humphreys re anonymization (1/15/09) | | |
| 27. | Letter from F. Brown to L. Humphreys re retention of results page and anonymization (3/6/09) | | |
| 28. | Letter from L. Berg to D. Muino re documents and data collected and produced by Yahoo (5/4/09) | | |
| 29. | Letter from D. Muino to L. Berg re documents and data collected and produced by Yahoo (5/18/09) | | |
| 30. | Letter from L. Berg to D. Muino re documents and data collected and produced by Yahoo (6/8/09) | | |

| | | | |
|---|---|---|---|
| 31. | Letter from D. Muino to L. Berg re documents and data collected and produced by Yahoo (6/15/09) | | |
| 32. | Letter from L. Berg to D. Muino and D. Rodruiguez re documents and data collected and produced by Yahoo (7/9/09) | | |
| 33. | Letter from S. Wiehle to D. Muino and D. Rodriguez re documents and data collected and produced by Yahoo (7/24/09) | | |
| 34. | Letter from D. Muino to S. Wiehle re data retained and produced by Yahoo (7/29/09) | | |
| 35. | Letter from D. Muino to F. Brown and J. Stavers re documents produced by Yahoo and requests to which documents are responsive (7/31/09) | | |
| 36. | Letter from S. Wiele to D. Rodriguez re data retained and produced by Yahoo (8/20/09) | | |
| 37. | Letter from D. Muino to S. Wiehle re data produced by Yahoo (9/17/09) | | |
| 38. | Letter from D. Muino to F. Brown and J. Stavers re production of Toplink data (10/19/09) | | |
| 39. | Letter from F. Brown to B. Beard re Kronthal deposition and documents identified (11/5/09) | | |
| 40. | Letter from J. Stavers to D. Muino re documents produced by Yahoo (11/6/09) | | |
| 41. | Email correspondence between D. Muino and J. Stavers re Money Makers verbatims (11/24/09) | | |
| 42. | Screenshot of Yahoo Help page re Dashboard | | |
| 43. | Document titled "Yahoo! Search Marketing Click Measurement Process" | | |
| 44. | Presentation titled "Learn the Essentials Tracking and Reporting" | | |
| 45. | Document titled "Field Study Report for Page X3 and Smart Summaries" | | |
| 46. | Presentation titled "Sponsored Links: User Experience Survey Results" | | |
| 47. | Presentation titled "How Does a Search Engine Work?" | | |
| 48. | Presentation titled "North Ad Click Survey Refresh" | | |
| 49. | Presentation titled "United | Yahoo: Search Review" | | |
| 50. | Presentation Titled "Money Makers" | | |
| 51. | Printout of Survey Results (North Ads Refresh) | | |

| 52. | Email exchange re means for Yahoo to increase revenue | | |
|---|---|---|---|
| 53. | Email exchange re research into consumer perception of advertising | | |
| 54. | Email exchange re research into consumer perception of advertising | | |
| 55. | Email exchange re disclosure of advertising | | |
| 56. | Email exchange re impact of design elements on consumer perceptions of advertising | | |
| 57. | Email exchange re impact of design elements on consumer perceptions of advertising | | |
| 58. | Presentation titled "Rebalancing Revenue with Consumer and Advertiser Experiences in Yahoo! Search" | | |
| 59. | Document titled "Sage Feed Details" | | |
| 60. | Presentation titled "A Brief Introduction to the World of YSM Metrics" | | |
| 61. | Email from David Ku to distribution list re weekly status report | | |
| 62. | Presentation titled "Sponsored Search in Web Search Competitive Benchmark 21" | | |
| 63. | Presentation titled "IY Recommendation" | | |
| 64. | Presentation titled "October 2007 U.S. Web Result Quality, Initial Report" | | |
| 65. | Presentation titled "Q4 2007 U.S. Web Result Quality, Initial Report" | | |
| 66. | Presentation titled "Q1 2008 U.S. Web Result Quality, Initial Report" | | |
| 67. | Presentation titled "Navigational Query Topical Deep Dive" | | |
| 68. | Presentation titled "Launch Recommendation for One-Snippet Static Abstract" | | |
| 69. | Presentation titled "Q2 2009 Whole-Page and Sponsored Benchmark Follow-up" | | |
| 70. | Presentation titled "Yahoo vs. Google on Web Search Quality" | | |
| 71. | Presentation titled "Q2 2008 U.S. North Ad Impact" | | |
| 72. | Document titled "Yahoo! Guide for Perceived (TAU) Judging" | | |
| 73. | Screenshot showing search engine results page for "american airlines web site" (1/28/07) | | |
| 74. | Agenda provided by American to Yahoo at Seattle meeting () | | |
| 75. | Notice of Subpoena and Subpoena to Right Media LLC | | |
| 76. | Letter from P. Adler to J. Stavers re Right Media LLC | | |
| 77. | Declaration of Michael Jacobs (10/12/09) | | |

| | | | |
|---|---|---|---|
| 78. | Declaration of Carmen Arenal (10/12/09) | | |
| 79. | Declaration of Catherine Cameron (10/12/09) | | |
| 80. | Declaration of Daniel Muino (10/12/09) | | |
| 81. | Declaration of Daniel Slottje (10/12/09) | | |
| 82. | Analysis of Yahoo's Overproduction of Documents | | |

Respectfully submitted,

*/s/ Dee J. Kelly*

Frederick Brown (admitted *pro hac vice*)
Jason Stavers (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Phone: (415) 393-8200
Fax: (415) 986-5309

Howard S. Hogan (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 467-0539

Dee J. Kelly
State Bar No. 11217000
Dee J. Kelly, Jr.
State Bar No. 11217250
Lars L. Berg
State Bar No. 00787072
Scott R. Wiehle
State Bar No. 24043991
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Phone: (817) 332-2500
Fax: (817) 878-9280

*Attorneys for Plaintiff American Airlines, Inc.*

## STATEMENT OF AGREEMENT AS TO ADMISSIBILITY

Counsel for Defendants Yahoo! Inc. and Overture Services, Inc. d/b/a Yahoo! Search Marketing (collectively, "Yahoo!") have reviewed Plaintiff American Airlines' Exhibit List. For purposes of the November 30, 2009 hearing only, Yahoo! has no objection to the admissibility of these exhibits. Yahoo! reserves all objections and rights as to these exhibits as to any other event in this case, including trial. Yahoo! did not receive sufficient time to validate the information reflected in American Exhibits 15, 16, and 82, and reserves all rights to object after it has had an opportunity to validate the underlying data.

_____
Scott A. Fredricks

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on November 25, 2009 to Defendant's counsel, as follows, in accordance with the Federal Rules of Civil Procedure:

David F. Chappell
Scott A. Fredricks
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
(via hand delivery)

Michael A. Jacobs
Lynn M. Humphreys
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(via overnight delivery)

_____
Lars L. Berg

6