

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2009 NOV 25 PM 2:03

CLERK OF COURT

| AMERICAN AIRLINES, INC., |
| Plaintiff, |
| -v.- |
| YAHOO! INC., and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING, |
| Defendants. |

No. 4-08-8CV-626-A

### PLAINTIFF'S WITNESS LIST FOR NOVEMBER 30 HEARING ON MOTION FOR SANCTIONS

Pursuant to the Court's November 19, 2009 Order, Plaintiff files its Witness List for the November 30 hearing on Plaintiff's motion for sanctions.

| NAME | SUMMARY | SWORN | TESTIFIED |
|---|---|---|---|
| Carmen Arenal | Yahoo's data and document production and failure to (1) produce responsive materials and (2) send appropriate document retention notices. | | |
| T. Mayer . | American may also call Mr. Grossnickle and Mr. King to testify | | |
| Cassi Burns | Yahoo's production of non-responsive material and post-August 28, 2009 production | | |

1

| | | | |
|---|---|---|---|
| Erica Bramer | Rebuttal to Slottje's declarations and the shortcomings of Yahoo's data production | | |
| Catherine Cameron | Data and data storage issues | | |
| Brandon Leatha | Data related issues | | |
| Nam Nguyen | Consumer survey | | |
| Dr. Li | Database issues | | |
| D. Muino | Yahoo's document production | | |
| L. Cornett | His responsibility for the design of Yahoo's search results page, and Yahoo's testing of the page. | | |
| C. Dartt | Yahoo is calling Dartt | | |
| M. Kronthal | Yahoo's research and analysis of consumer perceptions of sponsor results. | | |
| R. Lange | Yahoo analysis of the relevance of its sponsor results and data related to that analysis. | | |
| T. Mayer | Yahoo's design and management of its search marketing business, and his role in it. | | |

| R. Ramaswamy | Yahoo's research into consumer perceptions | | |

Respectfully submitted,

*[signature]*

Frederick Brown (admitted *pro hac vice*)
Jason Stavers (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Phone: (415) 393-8200
Fax: (415) 986-5309

Howard S. Hogan (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Phone: (202) 955-8500
Fax: (202) 467-0539

Dee J. Kelly
State Bar No. 11217000
Dee J. Kelly, Jr.
State Bar No. 11217250
Lars L. Berg
State Bar No. 00787072
Scott R. Wiehle
State Bar No. 24043991
KELLY HART & HALLMAN LLP
201 Main Street, Suite 2500
Fort Worth, TX 76102
Phone: (817) 332-2500
Fax: (817) 878-9280

*Attorneys for Plaintiff American Airlines, Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered on November 25, 2009 to Defendant's counsel, as follows, in accordance with the Federal Rules of Civil Procedure:

David F. Chappell
Scott A. Fredricks
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
(via hand delivery)

Michael A. Jacobs
Lynn M. Humphreys
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(via overnight delivery)

Lars L. Berg