

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,

    Plaintiff,

-v.-

YAHOO! INC. and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING,

    Defendants.

Case No. 4:08-CV-626-A

### DEFENDANTS' EXHIBIT LIST FOR NOVEMBER 30, 2009 HEARING

In accordance with the Court's November 19, 2009 Order, Defendants Yahoo! Inc. and Overture Services, Inc. d/b/a Yahoo! Search Marketing (collectively, "Yahoo!") provide this Exhibit List for the November 30, 2009 hearing in this case. Other than the Exhibit listed below, Yahoo! does not anticipate using any other exhibits except as necessary to refresh a witness' testimony or to impeach a witness.

| Exh. | Description | Offered | Admitted |
|---|---|---|---|
| D1 | YAH-AA 0084908 to -927 | | |
| D2 | YAH-AA 1019889 to -9902 | | |
| D3 | YAH-AA 0433896 to -906 | | |
| D4 | YAH-AA 04906087 to -89 | | |
| D5 | YAH-AA 5224753 to -54 | | |
| D6 | YAH-AA 4813223 | | |

1

| Exh. | Description | Offered | Admitted |
|---|---|---|---|
| D7 | YAH-AA 4813242 | | |
| D8 | YAH-AA 4813230 | | |
| D9 | YAH-AA 4813214 | | |
| D10 | YAH-AA 4813224 | | |
| D11 | AA_ATD Summary Sheet.xlsx | | |
| D12 | Offers - Click Matching.xlsx | | |
| D13 | Opposition Appendix Ex. A - Declaration of Michael Jacobs in Support of Defendants' Opposition to Plaintiff American Airlines. Inc.'s Motion for Sanctions, dated October 12, 2009 (Defs' Opp App. 0005 to -78) | | |
| D14 | Opposition Appendix Ex. B - Declaration of Carmen Arenal in Support of Defendants' Opposition to Plaintiff American Airlines, Inc.'s Motion for Sanctions, dated October 12, 2009 (Defs' Opp App. 0079 to -89) | | |
| D15 | Opposition Appendix Ex. C - Declaration of Catherine Cameron in Support of Defendants' Opposition to Plaintiff American Airlines, Inc.'s Motion for Sanctions, dated October 12, 2009 (Defs' Opp App. 0090 to -99) | | |
| D16 | Opposition Appendix Ex. D - Excerpts from Deposition of Catherine Cameron, taken on May 29, 2009 (Defs' Opp App. 0100 to -16) | | |
| D17 | Opposition Appendix Ex. E - Notice of 30(b)(6) Deposition to Yahoo, dated May 7, 2009 (Defs' Opp App. 0117 to -24) | | |
| D18 | Opposition Appendix Ex. F - Plaintiff American Airlines, Inc.'s First Set of Special Interrogatories to Defendants Yahoo! Inc. and Overture Services, Inc., dated August 3, 2009 (Defs' Opp App. 0125 to -38) | | |

| Exh. | Description | Offered | Admitted |
|---|---|---|---|
| D19 | Opposition Appendix Ex. G - Plaintiff American Airlines, Inc.'s First Set of Requests for the Production of Documents from Defendants Yahoo! Inc. and Overture Services, Inc., dated February 23, 2009 (Defs' Opp App. 0139 to -64) | | |
| D20 | Opposition Appendix Ex. H - Plaintiff American Airlines, Inc.'s Third Set of Requests for the Production of Documents from Defendants Yahoo! Inc. and Overture Services, Inc., dated July 15, 2009 (Defs' Opp App. 0165 to -79) | | |
| D21 | Opposition Appendix Ex. I - June 15, 2009 letter from D. Muino to L. Berg (Defs' Opp App. 0180 to -218) | | |
| D22 | Opposition Appendix Ex. J - September 17, 2009 letter from D. Muino to S. Wiehle (Defs' Opp App. 0219 to -21) | | |
| D23 | Opposition Appendix Ex. K - July 29, 2009 letter from D. Muino to S. Wiehle (Defs' Opp App. 0222 to -35) | | |
| D24 | Opposition Appendix Ex. L - April 16, 2009 letter from D. Muino to F. Brown (Defs' Opp App. 0236 to -37) | | |
| D25 | Opposition Appendix Ex. M - May 18, 2009 letter from D. Muino to L. Berg (Defs' Opp App. 0238 to -68) | | |
| D26 | Opposition Appendix Ex. N - June 16, 2009 letter from D. Muino to F. Brown and J. Stavers (Defs' Opp App. 0269 to -73) | | |
| D27 | Opposition Appendix Ex. O - June 29, 2009 letter from D. Muino to F. Brown and J. Stavers (Defs' Opp App. 0274 to -75) | | |
| D28 | Opposition Appendix Ex. P - July 20, 2009 email from F. Brown to M. Jacobs (Defs' Opp App. 0276 to -80) | | |

| Exh. | Description | Offered | Admitted |
|---|---|---|---|
| D29 | Opposition Appendix Ex. Q - August 20, 2009 letter from S. Wiehle to T. Rodriguez and D. Muino (Defs' Opp App. 0281 to -89) | | |
| D30 | Opposition Appendix Ex. R - Declaration of Daniel P. Muino in Support of Defendants' Opposition to Plaintiff American Airlines, Inc.'s Motion for Sanctions, dated October 12, 2009 (Defs' Opp App. 0290 to -91) | | |
| D31 | Opposition Appendix Ex. S - Plaintiff's First Supplemental Objections and Responses to Defendant Yahoo!, Inc.'s First Set of Interrogatories, dated August 13, 2009 (Defs' Opp App. 0292 to -328) | | |
| D32 | Opposition Appendix Ex. T - Expert Witness Report by Basil G. Englis, Ph.D., dated August 14, 2009 (Defs' Opp App. 0329 to -51) | | |
| D33 | Opposition Appendix Ex. U - Declaration of Daniel J. Slottje in Support of Defendants' Opposition to Plaintiff American Airlines, Inc.'s Motion for Sanctions, dated October 12, 2009 (Defs' Opp App. 0352 to -54) | | |
| D34 | Opposition Appendix Ex. V - Supplemental Declaration of Daniel J. Slottje in Support of Defendants' Sur-Reply in Opposition to Plainitff's Motion for Sanctions, dated November 2, 2009 (Defs' Opp App. 0357 to -59) | | |
| D35 | Opposition Appendix Ex. W - Supplemental Declaration of Catherine Cameron in Support of Defendants' Sur-Reply in Opposition to Plainitff's Motion for Sanctions, dated November 2, 2009 (Defs' Opp App. 0360 to -62) | | |
| D36 | Opposition Appendix Ex. X - Excerpts from Deposition of Catherine Cameron, taken on October 15, 2009 (Defs' Opp App. 0363 to -) | | |

| Exh. | Description | Offered | Admitted |
|---|---|---|---|
| D37 | Master Collection Matrix for *AA v. Yahoo* Litigation | | |
| D38 | Plaintiff's Response Brief in Opposition to Defendants' Motion to Compel, filed September 8, 2009 | | |
| D39 | Response to the Court's November 16, 2009 Order, filed November 19, 2009 | | |
| D40 | Expert Report of Daniel L. Jackson, dated August 17, 2009 | | |
| D41 | Defendants' Motion to Compel and Appendix, filed November 16, 2009 | | |
| D42 | Letter from D. Muino to S. Wiehle, dated September 17, 2009 | | |
| D43 | Letter from B. Beard to F. Brown, dated October 25, 2009 | | |
| D44 | AAY-000732192 to -217 | | |
| D45 | AAY-000731726 | | |
| D46 | AAY-000731967 | | |
| D47 | AAY-000731842 to -60 | | |
| D48 | AAY-000731611 to -19 | | |
| D49 | AAY-000731627 | | |
| D50 | AAY-000731712 | | |
| D51 | AAY-000731730 | | |
| D52 | AAY-000736630 | | |
| D53 | Letter from D. Muino to F. Brown, dated April 27, 2009 | | |
| D54 | Deposition Exhibit 8 – List of Yahoo Custodians as of April 28, 2009 | | |

| Exh. | Description | Offered | Admitted |
|------|-------------|---------|----------|
| D55  | Letter from B. Beard to D. Muino, dated November 8, 2009 | | |

Dated: November 25, 2009

Respectfully submitted,

*/s/ Scott Fredricks*

David F. Chappell
Texas State Bar No. 04141000
Scott A. Fredricks
Texas State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
Telephone: (817) 877-2800
Fax: (817) 877-2807

Michael A. Jacobs (*pro hac vice*)
D. Anthony Rodriguez (*pro hac vice*)
Alison M. Tucher (*pro hac vice*)
Brooks M. Beard (*pro hac vice*)
Lynn M. Humphreys (*pro hac vice*)
Daniel P. Muino (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Defendants
YAHOO! INC. and OVERTURE SERVICES,
INC. d/b/a YAHOO! SEARCH MARKETING

## AMERICAN AIRLINES CERTIFICATION RE: ADMISSIBILITY

Counsel for Plaintiff American Airlines, Inc. ("American") have reviewed the list of exhibits submitted by counsel for Defendants Yahoo! Inc. and Overture Services, Inc. d/b/a Yahoo! Search Marketing (collectively, "Yahoo"). For purposes of the November 30, 2009 hearing only, American has no objection to the admissibility of these exhibits with the exception of the specific documents listed below. American reserves all objections and rights as to these exhibits as to any other event in this case, including trial.

American objects to Yahoo's use of AAY-000732192 to -217; AAY-000731726; AAY-000731967; AAY-000731842 to -60; AAY-000731611 to -19; AAY-000731627; AAY-000731712; AAY-000731730; and AAY-000736630. These documents are not relevant to the November 30, 2009 hearing concerning Yahoo's discovery conduct. American's business practices are not currently before the Court. These are highly confidential documents, and American believes that Yahoo seeks to admit them for an improper purpose.

Dee J. Kelly, Jr.
Lars L. Berg
Scott R. Wiehle
*Counsel for Plaintiff American Airlines, Inc.*

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing was served on Plaintiff's counsel on the 25th day of November, 2009 as follows:

| | |
|---|---|
| Dee J. Kelly<br>Dee J. Kelly, Jr.<br>Lars L. Berg<br>KELLY HART & HALLMAN, LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102 | *Via Hand Delivery* |
| Frederick Brown<br>George A. Nicoud III<br>Jason Stavers<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105 | *Via FedEx* |
| Howard S. Hogan<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036 | *Via FedEx* |

_____
Scott A. Fredricks