


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AMERICAN AIRLINES, INC.,

Plaintiff,

-v.-

YAHOO! INC. and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING,

Defendants.

Case No. 4:08-CV-626-A

### DEFENDANTS' SUPPLEMENTAL OBJECTIONS TO AMERICAN'S EXHIBIT LIST FOR NOVEMBER 30, 2009 HEARING

In accordance with the Court's November 19, 2009 Order and permission granted by the Court during the November 25, 2009 telephone conference, Defendants Yahoo! Inc. and Overture Services, Inc. d/b/a Yahoo! Search Marketing (collectively, "Yahoo!") submit these objections to the American exhibits Yahoo! received late.

| Ex. No. | Objection |
|---|---|
| 15 - "List of Custodians Producing Documents After 8-28-09" | As to the column styled "Number of Documents Categorized As 'Non-Responsive,'" Yahoo! objects on the following grounds: lack of foundation; hearsay; lack of authentication; improper summary |
| 82 - "Analysis of Yahoo!'s Overproduction of Documents" | As to the rows styled "'Non-Responsive' Documents," "'Junk' Documents," and "Privileged Documents Returned To Yahoo!," Yahoo! objects on the following grounds: lack of foundation; hearsay; lack of authentication; improper summary |

sf-2772110

Respectfully submitted,

*[signature: Scott Fredricks]*

David F. Chappell
Texas State Bar No. 04141000
Scott A. Fredricks
Texas State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
Telephone: (817) 877-2800
Fax: (817) 877-2807

Michael A. Jacobs (*pro hac vice*)
D. Anthony Rodriguez (*pro hac vice*)
Alison M. Tucher (*pro hac vice*)
Brooks M. Beard (*pro hac vice*)
Lynn M. Humphreys (*pro hac vice*)
Daniel P. Muino (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Fax: (415) 268-7522


Attorneys for Defendants
YAHOO! INC. and OVERTURE
SERVICES, INC. d/b/a YAHOO!
SEARCH MARKETING

## CERTIFICATE OF CONFERENCE

On November 25, 2009, Brooks Beard and Scott Fredricks (for Yahoo!) and Lars Berg (for American) conferred on the above stated objections. Agreement could not be reached.

_____
Scott A. Fredricks

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on Plaintiff's counsel on the 25th day of November 2009 as follows:

| | |
|---|---|
| Dee J. Kelly<br>Dee J. Kelly, Jr.<br>Lars L. Berg<br>KELLY HART & HALLMAN, LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102 | *Fax and Email* |
| Frederick Brown<br>George A. Nicoud III<br>Jason Stavers<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105 | *Fax and Email* |
| Howard S. Hogan<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036 | *Fax and Email* |

_____
Scott A. Fredricks

sf-2772110