American Airlines, Inc. v. Yahoo! Inc. et al     Doc. 232



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICAN AIRLINES, INC.,<br><br>Plaintiff,<br><br>-v.-<br><br>YAHOO! INC. and OVERTURE SERVICES, INC. d/b/a YAHOO! SEARCH MARKETING,<br><br>Defendants. | Case No. 4:08-CV-626-A |

### DEFENDANTS' SUPPLEMENTAL WITNESS LIST FOR NOVEMBER 30, 2009 HEARING

In accordance with the Court's November 19, 2009 Order and permission granted by the Court during the November 25, 2009 telephone conference, Defendants Yahoo! Inc. and Overture Services, Inc. d/b/a Yahoo! Search Marketing (collectively, "Yahoo!") provide this supplemental Witness List for the November 30, 2009 hearing in this case. This list is intended to supplement the one submitted by Yahoo! earlier today.

| Witness | Subject Matter of Testimony | Sworn | Testified |
|---|---|---|---|
| Michael Jacobs | The human review of Yahoo!'s production conducted in August 2009, pursuant to the Court's August 4, 2009 Order. The overall scope and expense of Yahoo!'s data and document collection efforts in this case, include outside counsel expenses. The number of screenshots produced by American of Yahoo!'s search results pages. Mr. Jacobs provided an October 12, 2009 Declaration (Exhibit D13) in opposition to American's motion for sanctions. | | |

Dockets.Justia.com

| Witness | Subject Matter of Testimony | Sworn | Testified |
|---|---|---|---|
| Brooks Beard | Yahoo!'s efforts to collect and produce data and documents in September, October, and November 2009, including documents underlying studies cited in American's motion for sanctions. Yahoo!'s meet and confer efforts with American's counsel on discovery issues raised in American's motion. | | |
| Daniel Muino | Yahoo!'s efforts to collect and produce data and documents from February to November 2009, including impressions data, documents for the 18 Yahoo! employees listed in American's motion for sanctions, data and documents underlying studies cited in American's motion for sanctions, and user complaint documents related to the particular "Frequently Asked Question" cited in American's motion for sanctions. Yahoo!'s meet and confer efforts on discovery issues raised in American's motion. Mr. Muino provided an October 12, 2009 Declaration (Exhibit D30) in opposition to American's motion for sanctions. | | |
| Diana Kruze | The human review of Yahoo!'s production conducted in August 2009, pursuant to the Court's August 4, 2009 Order. | | |

Respectfully submitted,

*[signature: Scott Fredricks]*

David F. Chappell
Texas State Bar No. 04141000
Scott A. Fredricks
Texas State Bar No. 24012657
CANTEY HANGER LLP
Cantey Hanger Plaza
600 West Sixth Street, Suite 300
Fort Worth, Texas 76102
Telephone: (817) 877-2800
Fax: (817) 877-2807

Michael A. Jacobs (*pro hac vice*)
D. Anthony Rodriguez (*pro hac vice*)
Alison M. Tucher (*pro hac vice*)
Brooks M. Beard (*pro hac vice*)
Lynn M. Humphreys (*pro hac vice*)
Daniel P. Muino (*pro hac vice*)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Fax: (415) 268-7522

Attorneys for Defendants
YAHOO! INC. and OVERTURE
SERVICES, INC. d/b/a YAHOO!
SEARCH MARKETING

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on Plaintiff's counsel on the 25th day of November, 2009 as follows:

| | |
|---|---|
| Dee J. Kelly<br>Dee J. Kelly, Jr.<br>Lars L. Berg<br>KELLY HART & HALLMAN, LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102 | *Via Fax and Email* |
| Frederick Brown<br>George A. Nicoud III<br>Jason Stavers<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105 | *Via Fax and Email* |
| Howard S. Hogan<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036 | *Via Fax and Email* |

_____
Scott A. Fredricks