IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| AMERICAN AIRLINES, INC., | § | |
| Plaintiff, | § § § | |
| VS. | § | NO. 4:08-CV-626-A |
| YAHOO! INC., ET AL., | § § § | |
| Defendants. | § | |

ORDER

During a telephone conference conducted between the court and counsel for plaintiff, American Airlines, Inc., and defendants, Yahoo! Inc. and Overture Services, Inc., d/b/a Yahoo Search Marketing, on November 27, 2009, the parties informed the court that a full, final, and complete settlement of all claims made in the above-captioned action has been reached and that included in the terms of the settlement are agreements that all claims asserted in such action are to be dismissed with prejudice and with costs to be borne by the party incurring the cost. Consistent with rulings made by the court during such telephone conference,

The court ORDERS that all claims asserted in the above-captioned action be, and are hereby, dismissed with prejudice; and

The court further ORDERS that each party bear the cost of court incurred by such party.

SIGNED November 30, 2009.

_____
JOHN McBRYDE
United States District Judge