IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| AMERICAN AIRLINES, INC., | § |
| --- | --- |
| Plaintiff, | § |
| VS. | § NO. 4:08-CV-626-A |
| YAHOO! INC., ET AL., | § |
| Defendants. | § |

FINAL JUDGMENT

Consistent with the order of dismissal signed in the above-captioned action on the date of the signing of this final judgment,

The court ORDERS, ADJUDGES, and DECREES that all claims asserted in the above-captioned action in which American Airlines, Inc., is plaintiff, and Yahoo! Inc. and Overture Services, Inc., d/b/a Yahoo Search Marketing, are defendants, be, and are hereby, dismissed with prejudice; and

The court further ORDERS, ADJUDGES, and DECREES that each party bear the cost of court incurred by such party.

SIGNED November 30, 2009.

_____
JOHN McBRYDE
United States District Judge