IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



AMERICAN AIRLINES, INC., §
　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　§
　　　　　　　　　　　　　§
VS. §
　　　　　　　　　　　　　§ NO. 4:08-CV-626-A
　　　　　　　　　　　　　§
YAHOO!, INC., ET AL., §
　　　　　　　　　　　　　§
　　　　Defendants. §

O R D E R

In the course of litigating the above-captioned action, the parties have buried the court (and, presumably, each other) beneath a mountain of appendices that were submitted alongside their various filings.[1] Now that the action has concluded, the court would like to eliminate such appendices from its swollen case file and clear some much needed shelf space in the clerk's office. Therefore,

The court ORDERS that all appendices filed in this action are hereby unfiled from the record of this action. Counsel for the parties are invited to retrieve the original copies and the

---

[1] Given that the parties likely consumed an entire forest worth of paper to print the appendices filed in this action, the court suggests that the parties make a donation to the Arbor Day Foundation in the amount of $1.00 for each copy of each appendix printed. By the court's count, it received a chambers copy of fifty-three appendices. This means that fifty-three copies currently reside in the records of this case on file in the clerk's office. Assuming that each party to this action also has in its possession one copy of each appendix filed, the parties printed at least 212 copies of appendices. Donations to the Arbor Day Foundation can be made online at http://www.arborday.org/shopping/donations/order general.cfm.

chambers copies of such appendices from the clerk's office by 2:00 p.m. on December 18, 2009. If such appendices are not retrieved by that date, they will be disposed of as the clerk sees fit. Likewise, all items tendered to the court for filing that were not filed are also available to be picked up by counsel by 2:00 p.m. on December 18, 2009. If those documents are not retrieved by that date, they, too, will be disposed of as the clerk sees fit.

The court further ORDERS that all documents filed under seal or sealed by order of the court in this action, are hereby unfiled from the record in this action. Counsel for the parties are invited to retrieve the original copies and the chambers copies of such documents from the clerk's office by 2:00 p.m. on December 18, 2009. If such documents are not retrieved by that date, they will be disposed of as the clerk sees fit.

SIGNED December 9, 2009.

JOHN McBRYDE
United States District Judge